**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAN 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Buony Roum,                                  )
3336 MT Pleasant ST. NW #5                   )
Washington, DC 20010                         )
(202) 468-4018,                              )
                                             )
                        Plaintiff,           )
                                             )    Civil Action No._____
            V.                               )
                                             )
                                             )
George W. Bush                               )
The White House                              )
1600 Pennsylvania Avenue NW                  )
Washington, DC 20500                         )
(202) 456-1414,                              )
                                             )
Alberto R. Gonzales                          
U.S Department of Justice                        CASE NUMBER   1:06CV00112
950 Pennsylvania Avenue NW                    
Washington, DC 20530                             JUDGE: Rosemary M. Collyer
(202) 353-1555,                               
                                                 DECK TYPE: FOIA/Privacy Act
Porter J. Goss                                
Central Intelligence Agency                 )    DATE STAMP: 01/20/2006
Office of Public Affairs                    )
Washington, DC 20535                        )
(703) 482-0623,                             )
                                            )
Robert S. Mueller III                       )
Federal Bureau of Investigation             )
J. Edgar Hoover Building                     )
935 Pennsylvania Avenue NW                   )
Washington, DC 20535                         )
(202) 324-3000,                             )
                                            )
                                            )
                                            )
                        Defendants.          )
_____  )


**<u>Complaint:</u>**

𝓍

**Plaintiff's Life in Great Danger because of uses of Radioactive Lethal Chemicals, Nano-particles, Radiological Device Such As Modified Microwave Oven, Laser Weapon, Non-Nuclear Electromagnetic Pulse Generators, Infrasound, Isotropic radiators, Implanted with GSP Chip(s) by CIA and FBI the Defendants, During Procedures because of USA Patriot Act of 2001.**

Plaintiff has been labeled Al Qaeda terrorist, other terrorist, lone wolf terrorist or like minded group by above defendants for activity protected by the First Amendment to the constitution of the United States. (a) While plaintiff was in attendant at the University of South Dakota, he sent an-email (did not go through) to a relative who lives in Oslo, Norway and said that Dr. Riek (Southern Sudanese politician) is not good to us because he married to white American lady that is thought to be CIA which was untrue. Plaintiff should have not been jeopardized because of freedom of speech or press. (b) Plaintiff is a poor law abiding American citizen. After auto collision with Farmer Insurance Group of Companies', insured Vernon Daniels a judge. Plaintiff owed (not any more) $ 7,658.78 to the owner(s) of Insurance Company who knows or may have spouses, siblings, relatives or friends working for Justice Department. After Plaintiff was labeled terrorist, because of those above two reasons, the defendants, CIA and FBI had kept him in surveillance since 1999 and use sanctioned radioactive lanthanide and actinide lethal chemicals such as thorium nitrate, uranyl nitrite, Uranium nitrate, and plutonium oxide, short life radioactive chemicals such as Lawrencium, nano-tech just naming few against plaintiff in violation of 22 U.S.C. § 5605(A)(B)(C)(c(1)(2)(3)(4)) and International Law.

The chemicals were placed in toothpastes, food, drinks, clothes, bed sheets, pillows, blankets, books, carpet, toilet tissues, air condition and on the wall. Plaintiff became terribly ill with complicated GI problems. His lymph nodes were swollen, got scares in his lungs, coughing, water test bitter which was sign of cancer or lung cancer. He also had nausea, vomiting, disorientation, rectal bleeding, severe headache, constant chest and back (thoracic and dorsal) pain, ears infections, blur eyes visions and irritabilities just mentioning few symptoms. Plaintiff underwent miscellaneous medical tests, endoscope, manometry, barium enema, colonoscopy, chest x-rays, MRI, CT scan, nuclear bon scan, blood serological tests and testosterone or hormonal tests. At the end, plaintiff had Esophageal Reflux disease. Plaintiff had surgery Laparascopic Nissen Fundoplication at Abbott Norwest Hospital in Minneapolis, Minnesota. The surgery was done by Dr. Daniel Dunn and other colleagues. When plaintiff was under anesthesia or asleep, he was implanted with GPS chip, biochip or roving wiretap(s). The chip (s) is placed internally in unreachable places mostly in thoracic and dorsal cavity a violation of plaintiff's personal privacy. Plaintiff did not know whether disease was introduced to him while he was in surgery or under anesthesia because it was done behind close door and he had been made a guinea pig since then.

On other hand, the chip releases radiation through somatic cells which is also cancer or disease causing in plaintiff's organs. The CIA paramilitary Matthew Michael Lowry overtly dress in military uniform agglutinates in Megan L. Kross' apartment # 009 above plaintiff's apartment (**Black Site**) whereby FBI is next door uses lethal chemicals,

thermal imaging and radiological devices such as modified microwave oven, laser weapon, infrasonic, non-nuclear electromagnetic pulse generators, infrasound and isotropic radiators against plaintiff. All these devices releases radiation and are truly cancer causing or disease causing organisms. These tortious activities against plaintiff is forfeiture of 18 U.S.C. § 2332a(2)(3)(c)(1)(B)(C)(D). Plaintiff has been harassed, followed, deprived of sleep, physically and psychologically tortured and subjected to inhumane act, cruel, degrading treatment and unusual punishment, sensory deprivation which forfeit Fifth, Eight, Fourteen Amendments to the constitution of the United States and International Law. Plaintiff has been deprived of life and liberty without due process of law and several attempts against his life were made by defendants.

This had been conspiracy against plaintiff by George W. Bush, John D. Ashcraft, Alberto Gonzales, Glenn A. Fine, John J. Tenet, Porter J. Goss, Robert S. Mueller III through Patriot Act to allowed their clandestine agents to use sanctioned lanthanide and actinide chemicals to disrupt plaintiff's bodily electrolytes and disequilibrium his biomolecular make ups which is a conspiracy to maim, injure, murder or kill him violation of 18 U.S.C. §§§ 956(a)(1)(2)(A)(B)(b), 1111(a)(b), 1117 respectively. Plaintiff has been tortured or induced too much bodily pain through implants and used of chemicals for seven years (from 1999- up to present day) which is equivalence or exceed standard tortures forfeiture of 18 U.S.C. § 2340A(a)(b)(1)(2)(c).

Nevertheless, CIA and FBI informer Tong Kolyin who was plaintiff's landlord was instructed by defendants to call DC police and tell the police that plaintiff wanted to stab

him with a knife, was destroying the house and he wanted to hurt himself. This is when plaintiff found brownish chemical residue in his bed and clothing. The FBI and CIA informer call DC police on plaintiff and made senseless false claim that plaintiff wanted to stab him with a knife, was destroying the house and he wanted to hurt himself. Upon DC police is arrival, plaintiff show the chemical residue to the police instead the police (FBI/CIA are using police powers) kidnapped plaintiff to Saint Elizabeth Mental Hospital where he was subjected to Zyprexa 10 mg, injected with Haldol Decanoate 150mg, Congentin 2mg mix with Haldol even though the Physicians' Desk Reference strongly warns about regiments of these drugs. Plaintiff had been hurting and aggrieving for two months and half after injected with drugs that he could not described the pain. It was horrible. This was also pure conspiracy against plaintiff to kidnap, maim, torture, murder plaintiff in violation of 18 U.S.C. §§§§§§§1201(a)(1)(2)(b)(c)(d), 2332b(a)(b-)(A)(B)(2)(c)(1)(A)(B)(C)(F)(G), 114, 956(a)(1)(2)(A)(B)(b), 1111(a)(b), 1117, 2340A(a)(b)(1)(2)(c). After the defendants indirectly kidnapped plaintiff to Saint Elizabeth Mental Hospital, they labeled him paranoid incase if he goes public against George Bush, Justice Department, CIA and FBI officials when they scared the nation by doing faulty inter-alia which was nothing but extravagant exaggeration and massive cover ups stockpile web of lies violation of 18 U.S.C. § 1001(a)(1)(2)(3)(b)(c)(1)(2) and CA Code (pen:118-131) in which plaintiff had been hurt and public had been tortured mentally.

The defendants, CIA and FBI made several attempts using the landlords (Eduardo Bueno and Tong Kolnyin) and roommates (Seth Miller, Matthew). They gave landlords and

roommates radioactive chemicals to put in plaintiff's clothing, bed sheets, blankets,

pillows and all of plaintiff stuffs in the house. The motive behind this is to cause plaintiff

to retaliate against landlords and roommates. If plaintiff every try to defend himself and

hurt the landlords or roommates who were informants who had been harming him, he

could have charged with forfeiting 18 U.S.C. §

4243(a)(b)(c)(d)(e)(1)(2)(f)(1)(2)(A)(B)(g)(h)(1)(2)(3)(i)(1)(2)(A)(B)(C)(D)(i) and his

constitutional rights be violated and he be puts under Attorney General's supervision and

be transfer secretive facilities (**Black Sites**) whereby U.S government secretive projects

such as MKULTRA, MHCHAOS, ELECTRONIC HARASSMENT, MICROWAVE

HARASSMENT and MIND CONTROL EXPERIMENTATION and other secretive

projects (researches) be use against him thoroughly. If plaintiff dies, the best part of all,

no body be responsible or knows what happen to him. This is a huge conspiracy to kill or

murder plaintiff. This was also conspiracy to interfere with plaintiff's civil rights when

defendants made threats and intimidations which is violation of 42 U.S.C. § 1985(3) and

conspiracy against rights also defendants forfeiture of 18 U.S.C. § 241.


One time, in year 2004 at previous work place at National Institute of Health (NIH) in

Bethesda, Maryland, the FBI agents sent two informants, Shanto Rozario and Harry O.

Gonzalez to go with them in the country side in Virginia and play paintball shootings as

method of terrorist paramilitary training to prepare for "Islamic Holy war Jihad". Plaintiff

turned down informants' request. If plaintiff did go play paintball shootings he could

have been locked up for many years like those 11 muslim men (Arabs) Seifullah

Chapman sentenced for 65 years, Masoud Khan sentenced for life in prison, Hammad

Abdur-Raheem sentenced for 52 months in prison just naming few by US District Court in Alexandria, Virginia for playing paintball shootings as method of terrorist paramilitary training in the country side in Virginia (The Washington Post of Saturday July 30, 2005 cited the sentencing). The FBI agents knows that if plaintiff did go play paintball shooting in country side in Virginia, he could have been charged with material support and conspiring with Al Qaeda violation of 18 U.S.C. §§§§ 2339B(a)(1), 1111(a)(b), 1114, 1117 in which Plaintiff could have been sentenced for death or life imprisonment actually that is what conspiratorial Bush, Justice Department, FBI, CIA had wish to happen to the plaintiff.


### Property Right of Citizens of the United States


Hereunder federal statue guidelines, all citizens (Americans) of the United States has legitimate right not to be deprive of equal opportunity in the exercise of their unalienable rights to life, liberty, and the pursuit of happiness. The defendants, CIA and FBI daily sneak in and peak or illegally enters into plaintiff's apartment when he is away from home or at work earning money for living and to pay his taxes put radioactive nano-particles and lethal chemicals on plaintiff's clothing, bed sheets, furniture, books, toothpastes, food, drinks attempts to secretly murder him violation of 42 U.S.C. § 1982 and 22 U.S.C. § 5605(a)(1)(A)(B)(C). These illegal activities by the defendants are nothing but cruel, inhumane act, degrading treatment and unusual punishment that is also violation of plaintiff's Fifth, Eight, Fourteen Amendments to the constitution of the United States and International Law. Plaintiff has been psychologically tortured forfeiture

of 18 U.S.C. § 2340(1)(2)(A)(B)(C)(D)(3) and physically tortured by the defendants through the lethal chemicals also violation of 18 U.S.C. § 2340A(a)(b)(1)(2)(c). This pure conspiratorial is to murder, maim the plaintiff is violation of 18 U.S.C. §§ 956(a)(1)(2)(A)(B)(b), 2332b(a)(b-)(A)(c)(1)(A)(C)(D). Upon surreptitious entrances of plaintiff's residence by the defendants to daily collects his personal information or documents also forfeited plaintiff's Fourth Amendment right of citizens to be secured in their persons, papers, houses, effects against any unreasonable searches and seizures. CIA, FBI and NSA had been spying on law abiding plaintiff's Bank account, e-mail, phone, home, and work place and they followed him around no matter wherever he goes. This bad and faulty inter-alia by defendants is absolutely a wasting of plaintiff's and other tax payers' money by falsely exaggerated terrorist threats which creates public psychological disturbances on Metro subways and across the country just wrongfully to spend tax payers' money the way they want.

### What is Patriot Act of 2001? What are Unmasked Names Behind Patriot Act? *Does it Protect Americans and who are Americans?*

Patriot Act of 2001 is nothing but a legitimate recipe of abuse architected to torture and demise poor helpless Americans and the U.S residents. It creates confusion to all Americans that it is protecting them but realistically it doesn't. It just creates avenue for government to secretly perform experiments on human subjects that are labeled terrorists or enemies. Plaintiff was tipped by FBI that these projects are use against judges, senators, congress people, scientists, engineers, media members, terrorists or any body of interest. The unmasked names behind Patriot Act of 2001 are re-introduction of U.S

government secretive projects MKULTRA, MHCHAOS, CONTELPRO, SLAMMER,

ELECTRONIC HARASSMENT, MICROWAVE HARASSMENT and MIND

CONTROL EXPERIMENTATION just naming few. Who are Americans? Any body

that fall into category defined as US Nationals 8 U.S.C. § 1101(a)(22)).

During 911 despicable Al Qaeda terrorists attacks against the United States certainly at

World Trade and Pentagon which left almost 3,000 great Americans dead. Quoting Time

Magazine, FBI of course assumed with Bush's approval flew Saudi Royal and bin Laden

families and other Saudi Nationals across the continental United States until all the

Saudis returned back to their own country. If Bush and Department of Justice including

FBI would claim to justify their positions of not doing conspiracy to murder their own

fellow Americans because of 18 U.S.C. §§ 112, 1116 statues, protecting foreign officials,

official guests and internationally protected persons. Why Bush and his administration

officials are still loyal friends to Saudi Arabia? Remember in 1996 Kobar Tower

bombing in Saudi Arabia which killed 19 American servicemen (Time: November 12th,

2001 p.68) and 15 of 911 hijackers are Saudi Nationals including bin Laden.

In another words, the bombing of Pan Am transatlantic Flight 103 from Scotland to New

York brought heavy pressure and sanction against Libya. Libya was put in list of the

countries that sponsor terrorism until it admits its crimes against humanity and

surrendered his intelligent agents to the United Nations and they were brought to justice.

911 killed a lot of great Americans and other people of the world as well. Why Bush and

his Administration officials did not pressurize Saudi Arabia? And why there is no

sanction against this Kingdom? You can now see the patterns of conspiracy against American people. If Bush and his administration officials can pardons and ally with Saudi Arabia the center of conspiracy for Islamic Extremists with murderous ideologies. Why kill poor American like plaintiff, the rests and the residents who did not conspire to kill no body and just want to eat bread? 911 is well planed conspiracy against Americans, Bush and his administration officials know something about it. In three years to come, Bush and some of his officials will go but leaves the burden on the United States.

Bush and his administration officials doesn't even have a single ideology call in service to protect America instead they turned into their own ordinary citizens (Like law abiding plaintiff Buony Roum who knows nothing or has nothing to do with terrorism) and the residents accusing them being conspiring with Al Qaeda terrorist Organization created by White House, CIA, Britain and Saudi Arabia just naming few countries during the cold war between the United States and the Union of Soviet Socialist Republics. In front of the White House lawn, late President Ronald Reagan introduced Afghan men all leaders of mujahideen to the media: **"These gentlemen are the moral equivalents of America's founding fathers"** But now they are _ _ _ _ _ _ _ _ _ [thank you for putting the right word in the blanks] **(a)** peace lovers **(b)** policemen **(c)** terrorists **(d)** good guys. The defendants, White House and CIA had history of conspiracy with Saudi Arabia dated back in 1980s. Plaintiff felt that 911 is a well planed conspiracy by George W. Bush and George J. Tenet, John D. Ashcraft, Robert Mueller III and the rest of retired officials to commit crimes in U.S soil to murder, maim, injury their own fellow Americans violation of 18 U.S.C. § 956(a)(1)(2)(A)(B)(b) and 18 U.S.C. § 1111(a)(b), 1114, 1117 like

President Bush authorized National Security Agency to spy on plaintiff and other ordinary citizens he labeled terrorists or enemies just to give government job to do. It is also violations of 50 U.S.C. §§§ 1801(a)(1)(2)(3)(4)(5)(6)(b)(1)(A)(B)(2)(A)(B)(c)(D)(E)(c)(1)(2)(A)(B)(C)(3)(d)(e)(1)(A)(B)(C)(2)(A)(B)(f)(1)(2)(3)(4)(g)(h)(1)(2)(3)(4)(i)(j)(k)(l)(m)(n)(o), 1802(a)((1)(2)(A)(i)(ii)(B), 1822(a)(1)(A)(i)(ii), Fourth Amendment and Privacy Law of 1974.

### Plaintiff's Educational and Credit Destruction by Defendants, CIA and FBI by Exerting Influences on his Classes

Plaintiff is a Biochemistry and Computer Engineering undergraduate student. When plaintiff registered for classes, the defendants FBI and CIA could go to the plaintiff's Professors and turned them against him. Plaintiff had seen the defendants enhancing the performances of the students who were struggling in the courses through Professors but Professors gave plaintiff lowest grades even though he desert grades of A in the courses. Plaintiff stopped attending school because defendants exert influences in his classes or education and his health has been deteriorating because defendants used lanthanide and actinide chemicals against him. Plaintiff has been repaying back his student loan of $ 30,000.00 while unfinished his schooling. Plaintiff had wanted to go to medical school but his educational efforts were exhausted by the defendants. Defendants intentionally disseminated lies that plaintiff is making bombs in the basement or weapons of mass destructions which are untrue. In due course, plaintiff was labeled by defendants Al

Qaeda terrorist or other terrorist and paranoid. Plaintiff aggrieved greatly because of the

defendants' conspiratorial surreptitious tortious activities against him.


### Rules for Suspension or Revocation of Driver's License


In any state or federal law, there are no rules that somebody's driver's license be

suspended or revoke for ever even those drivers who were caught driving while

intoxicated or under influenced of drugs, their driver's licenses are only suspended for a

year with maximum delay to re-issue their driver's licenses for 6 months in accordance

with 23 U.S.C. § 159(A)(i)(I)(II)(ii). Plaintiff's driver license had been suspended since

April 1st, 1999 because of auto collision with Vernon Daniels insured by Farmer

Insurance Group of Companies located in Huston, Texas because of unpaid judgment.

Plaintiff's driver's license was cleared by Cyndy Coleman of Farmer Insurance Group of

Companies' subrogation (1877 864-5830, Claim # 29-132110) in November 30, 2005 (7

years). Also plaintiff's credit had been damaged and he had been a pedestrian since then.

This punishment is too excessive and violated 23 U.S.C. § 159(A)(i)(I)(II)(ii)

respectively. Plaintiff was told by one of the FBI informant Stephen Mustapa Akpan who

was tipped by the FBI agents that Farmer Insurance Group of Companies may know or

have spouse, relative, sibling, friend working for Justice Department that have connection

with others U.S government Agencies. They will do ELECTONIC HARASSMENT on

you or even kill you Akpan claimed unless you make payment arrangement or paid the

judgment in full and then they will leave you alone that would mean for any ordinary

Americans who does not have or know any body in Justice Department or other U.S government is a big trouble for them incase if they run into problem.

## Defendants Violated Freedom of Information Act and Privacy Act of 1974

On November 11th, 2005, plaintiff sent Freedom of Information Act and Privacy Act of 1974 request letters to Porter J. Goss, the director of Central Intelligence Agency and Robert S. Mueller III, the director of Federal Bureau of Investigation requested any records maintained about him at these agencies be furnished to him so that he inspects and corrects any erroneous mistakes about him contained in his CIA/FBI Files. The defendants, CIA, Department of Justice or FBI failed to furnish requested records of plaintiff within 20 working days excluding Saturdays, Sundays and public Holidays despites the statutory time limit. The CIA responded on letter dated December 21, 2005 which the agency mailed to plaintiff on December 27th, 2005 which plaintiff received on December 28th, 2005 denied plaintiff to have access to his records. Plaintiff sent the appeal of denial letter requesting access but since then the agency didn't grant any access to the plaintiff. Plaintiff felt that at least CIA which is not a traditional law enforcement agency made an attempt to communicate with plaintiff than Department of Justice and FBI which make sure that the constitution and the laws of the land are respected. Plaintiff did not get his records. Defendants intentionally forfeit 5 U.S.C. § 552a(d)(2)(A)(B)(i)(ii)(3)(4) as well as above cited U.S Law in previous leading

paragraphs. The files should contained phraseologies Al Qaeda terrorist, lone wolf

terrorist, other terrorist or like minded and paranoid and medical information collected

about him, educational, financial and all the records about plaintiff maintained by CIA,

Department of Justice or FBI. It should contain U.S government secretive projects

MKULRA, ELECTROINIC HARASSMENT, CONTELPRO and et cetera. Plaintiff's

life in great danger and his health is deteriorating and he aggrieves psychologically and

physically because of tortures by the defendants.

### **Background**

We citizens (American people) of the United States take freedom of speech or of the

press...for granted thinking that we are protected by First Amendment to the constitution

of the United States. The point is, if you say something about George W. Bush, CIA, FBI,

and others branch of U.S government agencies that they don't like, you'll be jeopardize

like plaintiff. Judith Miller of New York Time as well as former media members who

were jailed because they refused reveal their sources got in trouble as well when they

could have been protected by First Amendment. There is no freedom of speech or of the

press and democracy here. Now, there are no absolutely differences between

authoritarian communist regimes, autocratic third world regimes and the U.S government

whereby if an ordinary citizen says any things bad about government, he or she will end

up being jeopardized, torture or kill. Plaintiff sent an e-mail from University of South

Dakota when he was a student there to a relative in Oslo, Norway talking about southern

Sudanese local politics but did mentioned one of the southern Sudanese Dr. Riek is not

good to us because he married white American lady that was thought to be a CIA which

was false. Why CIA is not good because it created Al Qaeda.


On other hand, if you owe Insurance Company money and that Insurance Company is

owned by or knows somebody in Justice Department that have connection with George

W. Bush or CIA in accordance with FBI informant Stephen Mustapa Akpan you will be

electronically harass or even get kill until you make payment arrangement or pay the

debts in full. These two reasons led Justice Department formerly headed by John D.

Ashcraft and currently by Alberto Gonzales used FBI lead by Robert Mueller III, the CIA

that was led by George J. Tenet and the currently lead by director Porter J. Goss to

responded by using sanctioned radioactive lethal chemicals such as thorium nitrate,

uranyl nitrite, Uranium nitrate, and plutonium oxide, short life radioactive chemicals such

as Lawrencium, nano-tech just naming few against plaintiff with intention to kill in

violation of 22 U.S.C. § 5605(a)(1)(A)(B)(C) and International Law. Under federal

statues, all citizens (Americans) of the United States has legitimate right not to be deprive

of equal opportunity in the exercise of their unalienable rights to life, liberty, and the

pursuit of happiness without due process of law. The defendants, CIA and FBI and

National Security Agency agents unlawfully authorized by President Bush spies on law

abiding plaintiff without court's approval is violation of 50 U.S.C. §§§ 1801

(a)(1)(2)(3)(4)(5)(6)(b)(1)(A)(B)(2)(A)(B)(c)(D)(E)(c)(1)(2)(A)(B)(C)(3)(d)(e)(1)(A)(B)(

C)(2)(A)(B)(f)(1)(2)(3)(4)(g)(h)(1)(2)(3)(4)(i)(j)(k)(l)(m)(n)(o),

1802(a)((1)(2)(A)(i)(ii)(B), 1822(a)(1)(A)(i)(ii), Privacy Law of 1974 and Fourth Amendment.

These agents that has been spying and sneaking in and peak into plaintiff's apartment (**Black Site:** place for experiments and trainings) when he is at work earning money for living and to pay his taxes put radioactive lethal chemicals on plaintiff's clothing, bed sheets, furniture, books, toothpastes, food, drinks, carpet and on the wall resulting in plaintiff's somatic damaged (got cancer or lung cancer) may be genetic too live in the apartment above plaintiff is and some next door. They have been using thermal imaging and radiological devices modified microwave oven, laser weapon, infrasonic, non-nuclear electromagnetic pulse generators, isotropic radiators, while roving wiretaps or GPS chip(s) implanted into plaintiff's thoracic or dorsal cavity causes radiation in cells. All these devices are cancer causing or disease causing to plaintiff's somatic cells or organs. It is also a forfeiture of 18 U.S.C. § 2332a(1)(2)(3)(c)(1)(2)(A)(B)(C)(D). Plaintiff has been somatically (physically) and psychologically torture also in violation of 18 U.S.C. § 2340A(a)(b)(1)(2)(c). He has been subjected to inhumane act, cruel, degrading treatment and unusual punishment which violate Fifth, Eight, Fourteen Amendments to the constitution of the United States and also forfeiture of International Law.

One time, plaintiff got brownish lethal chemical in his bed, bed sheets and clothing. Plaintiff asked his landlord Tong Kolnyin who was FBI/CIA informer how the chemical got into his stuff since he is the only one that had copy of the key to plaintiff's room. The informer giggled and he call police based on FBI instruction that plaintiff wanted to stab

him with knife, was destroying the house and wanted to hurt himself. Plaintiff was

kidnapped to the Saint Elizabeth Mental Hospital where he was tortured with Zyprexa 10

mg, injected with Haldol Decanoate 150mg, Congentin 2mg mix with Haldol even

though the Physicians' Desk Reference strongly warns about regiments of these drugs.

This was conspiracy by Justice Department attorney's general, Glenn A. Fine, CIA,

Porter J. Goss and FBI, Robert S. Mueller III to kidnap, maim, bodily injure, murder

plaintiff when they used lethal chemicals is violation of 18 U.S.C. §§§§§§

1201(a)(1)(2)(A)(B)(b), 2332b(a)(b-)(A)(B)(2)(F)(c)(1)(A)(B)(C)(F)(G),

956(a)(1)(2)(A)(B), 2332a(a)(2)(3)(b)(B)(C)(D), 1111(a)(b), 1117. They are using police

power to get what they need. Plaintiff knows one DC police officer and uncover agent

that he claimed to be his wife who was doing dirty operation against him. Plaintiff

overheard her saying that they were finishing up what had been already started that mean

the process of killing plaintiff through lethal chemicals.


The defendants, CIA/FBI made several conspiratorial attempts using rental offices and

landlords, Eduardo Bueno and Tong Kolnyin. The agents gave landlords and roommates

who informers Seth Miller, Matthew radioactive chemicals to put into plaintiff's stuffs in

the house. If plaintiff tried defend himself or sabotages and hurt these agents, landlords,

informers who were trying to kill or doing terrorism against him, he could been charged

by conspiratorial Justice Department for forfeiting 18 U.S.C. §

4243(a)(b)(c)(d)(e)(1)(2)(f)(1)(2)(A)(B)(g)(h)(1)(2)(3)(i)(1)(2)(A)(B)(C)(D)(i) and his

constitutional rights be violated and plaintiff be put under Attorney General's supervision

and be transfer secret facilities (**Black Sites**) whereby U.S government secretive projects

such as MKULTRA, MHCHAOS, ELECTRONIC HARASSMENT, SLAMMER,

MICROWAVE HARASSMENT and MIND CONTROL EXPIREMENTATION and

other secretive projects be practice against him against his will and he be made a guinea

pig whereby they would do experimentations (researches) with him. If plaintiff dies, the

best part of all, no body be responsible or knows what happen to him.


This is a huge conspiracy to kill or murder plaintiff. This was also conspiracy to interfere

with plaintiff's civil rights which is violation of 42 U.S.C. § 1985(2)(3). The conspiracy

against plaintiff's rights is also forfeit 18 U.S.C. § 241. The conspiracy against plaintiff

continues. In knowing the United States Laws very well, the FBI agents sent two

informants, Shanto Rozario and Harry O. Gonzalez to go with them in the country side in

Virginia and play paintball shootings as method of Islamic terrorists paramilitary training

to prepare for "Islamic Holy war Jihad" either in the United States or abroad. Plaintiff

turned down informants' requests. Honestly speaking, if plaintiff did go play paintball

shootings in the country side in Virginia, he could have been charged with material

support and conspiring with Al Qaeda violation of 18 U.S.C. § 2339B(a)(1) and

conspiracy to murder 18 U.S.C. §§§ 1111(a)(b), 1114, 1117 in which plaintiff could have

been sentenced for death or life imprisonment or could have been locked up for many

years like those 11 muslim men (Arabs) Seifullah Chapman sentenced for 65 years,

Masoud Khan sentenced for life in prison, Hammad Abdur-Raheem sentenced for 52

months in prison just naming few by US District Court in Alexandria, Virginia for

playing paintball shootings as method of terrorist paramilitary training in the country side

in Virginia (The Washington Post of Saturday July 30, 2005 cited the sentencing). This is also attempt conspiracy against plaintiff to violate CA Code (pen:128).

Actually, that is what the conspiratorial Justice Department had wished to happen to the plaintiff. Defendants lied that plaintiff is a muslim but they followed plaintiff even to the Church. Plaintiff is a Christian and not a muslim. Jesus Christ or God Almighty is by his side and he shall fear no Lucifer. The illegal sneak in and peak into plaintiff's apartment by CIA/FBI violated plaintiff 's Fourth Amendment to the constitution, the right of the United States citizens to be secured in their persons, papers, houses, effects against unreasonable searches (collections) and seizures. Reiteratively, President Bush is breaking law authorizing National Security Agency to eavesdrop and spy on law abiding plaintiff Buony B. Roum, other U.S citizens and the United States residents forfeit 50 U.S.C. §§§

1801(a)(1)(2)(3)(4)(5)(6)(b)(1)(A)(B)(2)(A)(B)(c)(D)(E)(c)(1)(2)(A)(B)(C)(3)(d)(e)(1)(A)(B)(C)(2)(A)(B)(f)(1)(2)(3)(4)(g)(h)(1)(2)(3)(4)(i)(j)(k)(l)(m)(n)(o),

1802(a)((1)(2)(A)(i)(ii)(B), 1822(a)(1)(A)(i)(ii) and Privacy Law established in 1974.

President Bush not only unlawfully authorized his Intelligence Agencies and NSA to eavesdrop on plaintiff but also condone the use of lethal radioactive lanthanide and actinide chemicals and radiological devices that are cancer and disease causing organisms to be used against his ordinary citizens when he labeled them terrorists or enemies can never be differentiated from Adolf Hitler 1889-1945 of Germany when he order his officials to used chemicals to experimented on his own private citizens that he

contemplated as enemies (German Jewish) or element of revolts. The same thing was with Saddam Hussein of Iraq when used chemical and biological weapons against his own citizens (Kurds) that he portrayed as enemies.

Plaintiff had been followed even to the work place by defendants. The defendant, FBI gave radioactive chemicals to plaintiff's coworkers (Andre Gaither, Edmund Owusu, supervisor Thomas Davis and many more) to put in his bag or on clothing when he goes to lunch break and left his belongs unattended. Plaintiff does not take lunch break right now because of defendant's tortious activities against him. If plaintiff were to retaliate in self defense and hurt coworkers (informants) who are harming him, he could have been locked up. The defendants made previous Employers MVM Security Inc, others and current Employer engaged in unlawful or unfair labor practice, harassment and discrimination against the plaintiff most often end up in wrongful job terminations and it has been persistence for years violation of 42 U.S.C. § 2000e-2(a)(1)(2)(b)(j). The defendants made intimidations violation of 42 U.S.C. 1985(2)(3) and sniper death threat 18 U.S.C. § 2340(A)(B)(C)(D) through coworker Michael Burleigh who is an informant and mentioned to him that they have been monitoring the plaintiff. Plaintiff inferred also the monitoring would be through satellites since he was implanted with roving wiretaps or GPS chip(s).

In year 2004, at National Institute of Health (NIH) in Bethesda, Maryland, at work in Building 49 loading dock, FBI/CIA agents sent an informant David Hawkins to give a message to the plaintiff. The message was, "you are Al Qaeda and we'll kill you".

Plaintiff is not Al Qaeda or a terrorist. They just wanted to kill him because they hate

him. Second to that they are doing experiments and trainings on him. During President

Bush second term election, plaintiff supported President Bush and even campaigned for

him by convincing Sudanese Americans and other Americans to vote for him. Plaintiff

was call dick's head by FBI/CIA agents who seem to like John Kerry. When plaintiff told

his partner NIH police sgt Watson about it, sgt Watson's response was dick's head is the

best part in man is body. Plaintiff agreed. Plaintiff has been working as security guard

with NIH police sgt Watson. At the time when John D. Ashcraft, Robert S. Mueller III

and Tom Ridge were scaring the nation and raising the terror warning to orange, plaintiff

and his partner NIH police sgt Watson were (technicians) busy setting ups and repairs

ions scan machines that reads explosives such as Trinitrotoluene (TNT), C-4,

Pentaerythritol tetranitrate (PETN) and RDX, Cyclonite-hexahydro-1,3,5-trinitro-triazine

just naming few. RDX stand for Royal Demolition Explosive. Plaintiff and his partner sgt

Watson were protecting the nation is health facility but after sgt Watson was informed by

FBI and CIA that plaintiff is Al Qaeda or terrorist, sgt Watson became a bitter enemy and

he threats plaintiff that if you are insisting and trying to get your job back or coming to

NIH you will be arrested. The defendants sabotaged, banged against the wall plaintiff is

laptop computer causing internal chips became loose or damage, personal Bank of

American check books were stolen and radioactive chemical placed in plaintiff's t-shirt,

Human Anatomy and Physiology book and bag pack. Plaintiff reported the incident to the

NIH police and asked the police to review the video tape to identify who committed this

crime against him. The police refused to review the video tape to identify the defendants

instead the NIH police sent two copies of report to plaintiff's previous employer, MVM

Security Inc, the employer retaliated by referring the plaintiff to a psychiatrist when plaintiff refused to see psychiatrist his employment was wrongfully terminated. Later on, plaintiff was kidnapped to Saint Elizabeth Mental Hospital through landlord Tong Kolnyin who was an informer.

On anther development, the so call National Security Letter which the defendant FBI (working secretly with NSA/CIA) enjoys the abuse or use of, most the time is sent to plaintiff's employer, rental office, landlords, Doctors granting absolute corporations from mentioned names and were told to sign paper(s) to maintain its secrecy. When plaintiff got a new job the letter is sent to a new employer or if he moves to a new apartment, the FBI will sent the letter to new rental office and they will moved also with him except they will assigned new agents or most of the time they (FBI, CIA, NSA…) will moved ahead of him and stay in apartment above plaintiff's or next door allowing them an easy access sneaking in and peak and spy on plaintiff. This has been going on since 1999 whereby defendants were known to be doing dirty operations and perform experiments or trainings on plaintiff.

Nevertheless, defendants CIA/FBI had been sending informants asking plaintiff when will he go back to visit Sudan? They wanted to run Project Rendition against plaintiff. **Rendition** is nothing but conspiracy to **kidnap** violation of 18 U.S.C. § 1201(a)(1)(2)(4)(5)(b)(c)(d)(e)(2)(3)(h), to **maim** 18 U.S.C. § 2332b(a)(1)(b-)(A)(B)(2)(b)(1)(A)(B)(C)(D)E)(F)(2)(c)(1)(A)(B)(C)(D)(E), **torture** to **kill** violations of 18 U.S.C. §§§§ 2340A(a)(b)(1)(2)(c), 1111(a)(b), 1117, 3591(a)(1)(2)(A)(B)(C)(D) and

Fifth, Eight, Fourteen Amendments to the constitution of the United States and

International Law which carry life imprisonment or death penalty if convicted. Referring

back to Freedom of Information and Privacy Act of 1974, upon plaintiff's request for his

records from defendants CIA/DOJ or Department of Justice and FBI to disclose his NSA

records maintain about him by DOJ, instead defendants could not furnish requested

records because they claimed would hurt National Security but the reality is, what they

did to plaintiff and the rest is cruel, horrific and violation of human rights. The only way

to cover up their wrong doings and get away is to claim will hurt the National Security.


Due to the above reasoning, if plaintiff Buony B. Roum shall dies, whether in hospital, at

home (in U.S at home) of heart attack, stroke or whatever it may be, in a car, in airplane,

abroad (because of Rendition, torture and murder), or on streets, George W. Bush, John

D. Ashcraft, Alberto R. Gonzales, Glenn A. Fine, Robert Mueller III, George J. Tenet,

Porter J. Goss, current head of CIA clandestine Department, Gary Bald FBI

counterintelligence/counterterrorism, current official at counterterrorism Center in

McLean, Virginia and Tom Ridge or their predecessors would be responsible for

plaintiff's death. It would be absolutely conspiracy to kidnap, maim and murder him

forfeiture of 18 U.S.C. §§§§§ 1201(a)(1)(b)(c)(d)(e -(2))(3)(f), 2340A(a)(b)(1)(2)(c),

2332b(a)(1)(b-)(A)(B)(A)(B)(C)(D)(E), 1111(a)(b), 1117 and CA Code (Pen.128).

Plaintiff would seek life imprisonment or death penalty.


Dr. Daniel Dunn who did the surgery (Laparascopic Nissen Fundoplication) at Abbott

Northwest Hospital in Minneapolis, Minnesota should be subpoena to come and testified

in front of grand jury of roving wiretaps or GPS chips (may be it is "**pandemic**" the U.S

officials have been talking about) that he and his colleagues implanted in plaintiff's

thoracic or dorsal cavity and how to take them out. Dr. John Carroll at Georgetown

University Hospital in NW Washington, DC a gastroenterologist who rechecked the chips

during endoscope and colonoscopy needed also to be subpoena and testify in front of

grand jury. The informants made out of landlords, roommates, coworkers should also be

subpoena to testify under oath in front of grand jury regarding their encounters with

defendants. If they refused that is obstruction of justice violation of 18 U.S.C.

§1510(a)(c) and if they lie under oath that is perjury and also violation of CA Code (pen.

118-131). All of mentioned witnesses after testifying under oath should also take

polygraph test to make sure that they are telling the truth.


### The Media


Referring to the Washington Post Monday September 27th, 2004 quoted U.S officials

saying FBI will increased checks of terrorism watch lists by local police, heavy

surveillance by FBI for people suspected of being Al Qaeda terrorists, other terrorists to

thwart plot to disrupt November 2nd, 2004 Presidential election will focus heavily on

individuals within the United States who suspected ties to Al Qaeda will include overt

surveillance and widespread interviews. Plaintiff had been interviewed by the FBI. On

other hand, John D. Ashcraft and FBI director Robert Mueller III by his side made

unusual appearance and warning at News conference quoted by Washington Post (Friday,

May 28th, 2004) that credible intelligent vindicated that Al Qaeda will attack next months

and intention is to hit U.S hard. Tom Ridge complained that he was not informed. The shocking news came to the plaintiff as Patriot Act to reach its expiration on December 31, 2005 when both New York Time and Washington Post (Sunday, December 18th, 2005) quoted President Bush authorized 36 times the National Security Agency to spy and eavesdrops on law abiding fellow Americans and permanent residents that he labeled enemies or terrorists. Plaintiff is one of those Americans. Now that explained it. The harassment including helicopter, the implants and use of radioactive chemicals, nano-tech, microwaves, non-nuclear electromagnetic pulse generators, isotropic radiators, infrasonic, laser weapons, thermal imaging device and other high energy arsenals not only involved FBI and CIA but also NSA.


### Compensatory Restitution for Inflicted Damages to the Plaintiff

22 U.S.C. § 5606(4).


### Count I


The compensatory restitution of punitive somatic (physical, may be genetic too) and psychological damages to the aggrieved plaintiff all these years (1999-presence) would brings permanent injunctive relief for pains and sufferings for plaintiff if rendered $ 499.5 millions.


### Count II

Upon plaintiff's completion of his undergraduate Biochemistry and Computer Engineering degrees, he planed to go to medical school and be a surgeon. Plaintiff also made a contingency plan, because of difficulty study medicines and the time it takes incase if he changed his mind on the process, with his computer degree he planed to join National Security Agency his favored Agency to protect his country and safe the world but his educational efforts were exhausted and his American dream was destroyed by defendants. Plaintiff unfinished his schooling, the investment that last a lifetime and has been paying back his student loan $ 30,000.00 to the U.S lender and he is doing manual job that doesn't pay much. He is asking $ 149.6 millions.

### Count III

The use of sanctioned lethal radioactive lanthanide and actinide chemicals, nano-tech, and the radiological devices which are cancer and disease causing to somatic cells or organisms resulted in plaintiff's various medical bills which most of them were sent to the collection agencies resulting in plaintiff credit impoverishment as well as rental collection, requesting $ 125.7 millions.

### Count IV

Plaintiff driver's license has been suspended for seven years since April 1st, 1999 up to November 31st, 2005, was released by Farmer's Insurance Group of Companies located in Huston, Texas which has owners that knows Justice Department and had connection

with Bush. Plaintiff had been punished (made pedestrian for seven years) for very long time which exceeded statutory limits. Asking $100.2 millions.

The **Total** compensatory restitution of punitive damages for plaintiff is $ 875 millions. **Or else** plaintiff may not seek to be compensated but would like defendants to be trial, persecuted and criminal charges be brought against them or be brought to justice before they hurt and kill other innocent people.

### <u>Conclusion</u>

Plaintiff has been labeled Al Qaeda, lone wolf terrorist, kidnapped to mental hospital and named paranoid for activities protected by the First Amendment to the constitution of the United States. This is not a democratic country any more whereby freedom of speech or of press..... applies. Being a poor person in this country sometimes has some potential risks if one owed (not any more) Insurance Company money that knows somebody in Justice Department that has connection with President Bush. All the defendants must stop immediately and permanently conspiring to murder plaintiff and also stop the uses of lethal chemicals and radiological devices and following plaintiff around. Plaintiff's names must be removed from local and federal government terrorist watch list or database period. Upon settlement of this law suit, if plaintiff has probable cause that the defendants still conspiring to kidnap, maim, torture, kill and murder him or family members, relatives, friends or any body he knows, he and mentioned people will re-open

the case and sue defendants or their predecessors criminally. All 911 families and victims

must be allows to sue the defendants and be compensate for the damages. The practice of

U.S government secretive projects MKULTRA, ELECTRONIC HARASSMENT et

cetera should be abolished permanently in the United States of America. Plaintiff wanted

a cancer free America.

Documentary evidentiary proof will be produce

Buony Benbil Roum
3336 Mount Pleasant ST. NW #5
Washington, DC 20010
(202) 468-4018