UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUONY ROUM,<br>3336 Mt. Pleasant St., N.W.<br>#5<br>Washington, D.C. 20010,<br><br>    Plaintiff,<br><br>    v.<br><br>PRESIDENT OF THE UNITED STATES<br>  GEORGE W. BUSH, et al.,<br>  c/o Office of the United States Attorney,<br>  555 4th Street, N.W.<br>  Washington, D.C. 20590,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0112 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the federal defendants in the above-captioned case.

                  Respectfully submitted,

                  _____
                  PETER SMITH, D.C. Bar #465131
                  Assistant United States Attorney
                  United States Attorney's Office
                  Civil Division
                  555 4th Street, N.W.
                  Washington, D.C. 20530
                  (202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **22nd** day of **February**, 2006, a true and correct copy of the foregoing Praecipe was served upon Pro Se Plaintiff, **Buony Roum,** by postage prepaid mail addressed as follows:

Buony Roum
3336 Mt. Pleasant St., N.W. #5
Washington, D.C.  20010

 

PETER S. SMITH,  D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 307-0372