UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BUONY ROUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0112 (RMC) |
| | ) | |
| PRESIDENT OF THE UNITED STATES | ) | |
| GEORGE W. BUSH, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**[1]

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Federal Defendants
respectfully request an enlargement of time to file an answer or dispositive motion in this case.
Pro se Plaintiff raises a variety of claims in his vague and confusing Complaint, seemingly
including those under the Freedom of Information and Privacy Acts, 5 U.S.C. §§ 552, 552a.
Defendants request an enlargement of their time to answer or otherwise respond to the Complaint
in this case of sixty days, up to and including April 28, 2006.  In connection with Local Rule
7(m), the undersigned counsel has discussed this motion with pro se Plaintiff, who opposes the
requested relief.[2]   The grounds for this request are as follows:

---

[1] By way of this motion for an extension of time, the defendants submit that they have not
waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise,
including immunity from suit.

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with
"opposing counsel."  The Rule does not require counsel to confer with pro se parties about non-
dispositive motions.  Nonetheless, it has been the general practice of this office to attempt to
discuss such motions with non-prisoner pro se parties.

1.    The undersigned counsel was assigned this case on February 21, 2006, with the

answer currently due only one week later, on February 27, 2006.  The undersigned

counsel will need the requested time to familiarize himself with the case and to

coordinate the government's response with the various federal agency defendants.

2.    To the extent that the case arises under the FOIA, prior to responding to the

Complaint, the undersigned counsel will need to find out the status of Plaintiff's

FOIA request(s) from the defendant agencies.

3.    In addition, Federal Defendants anticipate filing a dispositive motion in lieu of an

answer.  The undersigned will need additional time to consult with agency counsel

and to prepare and finalize such a motion.

4.    This extension is sought in good faith.  The granting of this Motion would

promote judicial economy because, should the Court grant the motion Federal

Defendants anticipate filing, it would dispose of this case without the cost and

time of further litigation.

For these reasons, Defendant respectfully requests that this motion for an enlargement of

time be granted.  A proposed order is attached.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____/s/_____
PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.

Washington, D.C.  20530
(202) 307-0372

## CERTIFICATE OF SERVICE

  **I  HEREBY  CERTIFY** that on this **22nd** day of **February**, 2006, a true and correct

copy of the foregoing Praecipe was served upon Pro Se Plaintiff, **Buony Roum,** by postage

prepaid first-class mail addressed as follows:

Buony Roum
3336 Mt. Pleasant St., N.W. #5
Washington, D.C.  20010

_____
PETER S. SMITH,  D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 307-0372
