UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUONY ROUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0112 (RMC) |
| ) | |
| PRESIDENT OF THE UNITED STATES ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Upon consideration of Defendants' Motion for Enlargement of Time to Answer, any opposition thereto, and the entire record herein, it is this ___ day of _____, 2006,

ORDERED that:

Defendants' motion is GRANTED;

Defendants' answer to the Complaint is due by April 28, 2006.

_____
United States District Court Judge

Copy to:

Buony Roum
3336 Mt. Pleasant St., N.W. #5
Washington, D.C.  20010