UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Buony Roum,           )
                      )
        Plaintiff,    )
                      )
                      )
    V.                )   Civil Action No. 06-0112 (RMC)
                      )
                      )
George W. Bush, et al.,)
                      )
                      )
        Defendants,   )
_____)

**Plaintiff's Motion of Opposition to Defendants' Claim of Time Enlargement to Answer and Response to the Complaint.**

Defendants' motion and meaningless claim for time enlargement under 28 U.S.C. Rule 6(b) of the Federal Civil Procedure must be deny and rescind hereunder 28 U.S.C. Rule 59(b) and (d) of the Federal Civil Procedure since this is a new case that deserved a trial. Defendants did enjoy 60 days time frame and did familiarized themselves with the case 28 U.S.C. Rule 4(3). Defendants' claim that Plaintiff made wide variety of claims in his vague and confusing Complaint including Freedom of Information Act and Privacy Act 5 U.S.C. §§ 552, 552a could not be justified at all. Plaintiff's original motion or Complaint is very clear and vivid. The defendants' request for additional time enlargement to April 28th, 2006 was not sought in good faith. Defendant, U.S Attorney's Office telephoned Pro se Plaintiff asking more time Local Rule LCvR 16.3(a). During telephone conference with Peter S. Smith, Plaintiff refused time enlargement although Rule do not allowed counsel to confer with Pro se Plaintiff.

1

Plaintiff in the past sent FOIA/Privacy Act of 1974 request to CIA, FBI or DOJ, Department of Justice requested his own records including eavesdropping records about him by the National Security Agency withheld from him by the DOJ when they labeled him terrorist. Since then, the agencies could not furnish him with his records because they had been conspiring to murder him.

Granting defendants more time, they will just continue with their terrorist and conspiratorial tortious acts which is not limited to use of lanthanide, actinide chemicals and radiological devices against Plaintiff which is of great health concern and can cause grave risk of death to aggrieved Pro se Plaintiff. An Order and Certificate of Service are attached.

                                          Respectfully submitted,

                                          Buony Roum
                                          3336 MT Pleasant NW #5
                                          Washington, DC 20010
                                          (202) 468-4018

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Buony Roum,                              )
                                         )
                    Plaintiff,           )
                                         )
     V.                                  )    Civil Action No. 06-0112 (RMC)
                                         )
George W. Bush, et al.,                  )
                    Defendants,          )
_____)

## CERTIFICATE OF SERVICE

I, Buony Roum, declared that on the ___2___ of __28th__, 20_06_, I mailed a copy of foregoing Praecipe to federal defendants, George W. Bush, Alberto R. Gonzales, Porter J. Goss, Robert S. Mueller III and Peter S. Smith, by certified registered mail addressed to:

George W. Bush
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500
(202) 456-1414

Alberto R. Gonzales
U.S Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 353-1555

Porter J. Goss
Central Intelligence Agency
Office of Public Affairs
Washington, DC 20535
(703) 482-0623

Robert S. Mueller III
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue NW
Washington, DC 20535

1

(202) 324-3000

Peter S. Smith, D.C. Bar # 465131
Assistant United States Attorney's Office
Judiciary Center Building
555 Four$^{th}$ Street, N. W., 10th Floor
Washington, DC 20530
(202) 307-0372

*[signature]*
Buony Roum
3336 MT Pleasant ST. NW # 5
Washington, DC 20010
(202) 468-4018

2