UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Buony Roum,<br>3336 MT Pleasant ST. NW #5<br>Washington, DC 20010<br>(202) 468-4018,<br>　　　　　　　　Plaintiff,<br><br>　　V.<br><br>George W. Bush<br>The White House<br>1600 Pennsylvania Avenue NW<br>Washington, DC 20500<br>(202) 456-1414,<br><br>Alberto R. Gonzales<br>U.S Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>(202) 353-1555,<br><br>Porter J. Goss<br>Central Intelligence Agency<br>Office of Public Affairs<br>Washington, DC 20505<br>(703) 482-0623,<br><br>Robert S. Mueller III<br>Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>935 Pennsylvania Avenue NW<br>Washington, DC 20535<br>(202) 324-3000,<br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.06-0112 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER. PATRIOT ACT WAS NOT DESIGNED TO PROTECT AMERICANS BUT TO PROTECT THE RESEARCH, "BRIAN MACHINE INTERFACE", "CYBERKINETICS" OR MIND CONTROL EXPERIMENTATION AND MANCHURIAN CANDIDATE STUFF**

RECEIVED
APR - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

In this motion which is made under Locale Rule 65.1, after plaintiff discovered National Security Agency's agent, Megan L. Kross (Female Caucasian) and Matthew Michael Lowry (Male Caucasian), a CIA paramilitary who resides in Apartment # 009 (Now there is new female Caucasian in the Apartment) who were illegally ordered by federal defendant President George W. Bush without court's approval to spy and exterminate plaintiff with assistant of some other federal agents like Kristina Marie Wallace (African American female), FBI agent who lives in Apartment # 006 and Jodi E. Dickens(female Caucasian) who works for Defense Intelligence Agency (DIA) also resides in Apartment # 007 made plaintiff's rental office manager Novella J. Daniels (African American female), an Agent of Park Pleasant Apartment to be their informer after the FBI sent the so called National Security Letter to Gate, Hudson & Associates, Inc. Upon noticing the presence of these neighbors who are federal government agents, the **cleaners** (assassins, killers or terrorists) went to plaintiff's Park Pleasant Apartments manager and made false allegations against him.

Larry Hirschman regional manager for Gate, Hudson & Associates, Inc. retaliated by serving plaintiff with certified registered 30 days notice of eviction D.C.Code § 42-3202 and plaintiff to vacate 3336 MT Pleasant NW # 5 Washington, DC 20010 March 31, 2006 by midnight, failure to do so would immediately result in suit for holdover and possession of the Premise and plaintiff's rental money would not be accepted at this time. The rental Company fail to stated a single reason for eviction. The 30 days month to month eviction notice was not written in both English and Spanish and there was no reason for eviction stated in the notice. Consumer Credits and Regulatory Affairs defied

2

and rejected the 30 days eviction notice for none compliance and failure to meet the criteria of eviction in accordance with Housing Regulation of the District of Columbia. On March 28th, 2006 plaintiff made a Western Union Money Order check payable to Park Pleasant Apartments which was accepted by Agent of Park Pleasant Apartments Novella J. Daniels in which Gate, Hudson & Associates, Inc. waived the right of eviction to possesses the property D.C.Code §§ 42-3202(10)(11), 42-3204(4)(7) respectively. Also D.C.Code § 42-3505.01 says plaintiff cannot be evicted from rental unit because of lease agreement expiration although plaintiff was not given twelfth months lease option at the time of signing the lease. Now, the above mentioned agents are conspiring by exerting influences to plaintiff's rental Company to evict him under D.C.Code § 42-3505.01.(b)(c).

One week in January 2006, upon surreptitiously agreement between Megan L. Kross, NSA agent, CIA paramilitary Matthew Michael Lowry, Kristina Marie Wallace FBI, other agents and Park Pleasant manager Novella J. Daniels, Miss or Mrs. Daniels ordered plumbing work at building 3336 MT Pleasant NW Washington, DC 20010.
When plaintiff takes showers and plaintiff turn on both hot and cold water, Megan Kross and Matthew Lowry would turn on water too. The pipes makes weird noise and after plaintiff finished showering, there would be white residue remained on plaintiff's skin. Plaintiff's skin itchy and when brush his teeth, the water tasted funny and after finishing brushing his teeth, plaintiff would feel dizzy but before Park Pleasant Apartment manager Novella J. Daniels ordered plumbing work every thing was O.K. Megan Kross and Matthew Lowry stomped or stamped in their bath tube causing plaintiff's bathroom

3

ceiling to crack. Plaintiff used freedom of speech to led the property manager know about the problem D.C.Code § 42-3202(13). Although these concerns were made in good faith 14 D.C.M.R §§§§ 307, 307.1, 307.2, 307.3(a)(b)(c), the problems however were not solved but plaintiff's monthly rents had been incremented by his rental office. This problem of these clandestine agents screwing up plaintiff has been going on since 1999. When plaintiff discovered these agents, the rental Companies asked plaintiff to vacate but when plaintiff goes to new rental units there would be new agents assigned to him. It had been going on all these years.

Nevertheless, the same problem plaintiff faces at home also went to his workplace. Plaintiff's current Employer is seeking ways to fire him. Plaintiff's Employer took some his work hours and gave them to preferred coworker. Plaintiff make less than 40 hours a week while most of his coworkers make a lot of overtimes. The coworkers including supervisors, Project Manager were made informers by the FBI who is taking the lead follow by CIA, NSA and the other Agencies. The Employer engages in discriminatory practices violations of 42 U.S.C. § 2000e-2(a)(1)(2)(b)(j), intimidations 42 U.S.C. 1985(2)(3) and harassments. There had been persistent wrongfully terminations of plaintiff's employment and his educational efforts were screwed up by these clandestine agents who are running around and targeting him. It had been going since spring year 1999 up to the presence time.

The renewed USA Patriot Act of 2001 (USA Today Fri/Sat/Sun, March 10-12, 2006 6A) passed by congress whose majority are made up of Republicans signed into law by their

4

chief leader George W. Bush. Although plaintiff had been named enemy by the President Bush, plaintiff has no bad wishes for the President. Plaintiff supported and campaigned for him for second term in the office. This law that they said will protects the Homeland (The United States of America and its ordinary citizens) does not protect all Americans but the **Research, "Brian Machine Interface, cyberkinetics"** Whereby **thought chips or spy chips or roving wiretaps** had been implanted secretly during the procedures into plaintiff's nervous system or brain and other ordinary citizens' brains and nervous systems because of this Act. The thought chips that defendants implanted into plaintiff's nervous system, with aid of computer allow the defendants to control and know plaintiff's thoughts. Whether plaintiff feels like having sex, want to urinate, the agents knows about it. Plaintiff has been spy on since 1999 up to presence day by the National Security Agency, CIA, FBI, and now plaintiff learned that Defense Intelligence Agency is involved. A lot of Agencies involved in this brain research. Plaintiff has been followed through his **Radio Frequency (RF) Identification** 47 C.F.R. § 15.3(u) and the electromagnetic barcodes in his cell phone and his laptop computer. Although plaintiff's federal defendants has been eavesdropping on him since 2001 up the present day without approval of Court plaintiff thought that is violation of 47 C.F.R. § 15.9, 50 U.S.C. §§ 1801(a)(1)(2)(3)(4)(5)(6)(b)(1)(A)(B)(2)(A)(B)(c)(D)(E)(c)(1)(2)(A)(B)(C)(3)(d)(e)(1)(A)(B)(C)(2)(A)(B)(f)(1)(2)(3)(4)(g)(h)(1)(2)(3)(4)(i)(j)(k)(l)(m)(n)(o), 1802(a)((1)(2)(A)(i)(ii)(B), 1822(a)(1)(A)(i)(ii) and Privacy Law established in 1974.

The sneak -in and peak into plaintiff's Apartment allowed the federal defendants' agents to used lethal radioactive lanthanide (elements begins with Cerium and end with

Lutetium) and actinide (element begins with Thorium and with Lawrencium) forfeit 22 U.S.C. § 5605(A)(B)(C)(c(1)(2)(3)(4)) and International Law. The Patriot Act that federal defendants' agents enjoy use of, allows these agents to use illegally manufactured modified microwave oven, infrasonic/ultrasonic, isotropic radiators, lasers, non-nuclear electromagnetic pulse generators which releases electromagnetic energies (radiations) at frequencies 900-6,000 MHz ( *megahertz*) or more which violated safety radiation standards 21 C.F.R. §§§ 1020, 1030, 1050.10 forfeiture of Fourth, Fifth, Eight Amendment to the Constitution of the States and which is surreptitious conspiracy to maim, torture and murder also violation of 18 U.S.C. §§§§§ 2332b(a)(b-)(A)(B)(2)(c)(1)(A)(B)(C)(F)(G), 114, 956(a)(1)(2)(A)(B)(b), 1111(a)(b), 1117, 2340A(a)(b)(1)(2)(c). The U.S government subjected its ordinary citizens to these cruel in human acts but formed alliance with people who killed and still have conspiratorial ideologies in their hearts to murder Americans, is that patriotic?

The conspiracy to murder American people and the world continue, the **roving wiretaps or spy chips** that USA Patriot Act allowed to be implanted into citizens' bodies (325,000 innocent people named terrorists Washington Post, Wednesday February 15th, 2006) contained lethal virus that can trigger flu pandemic. Plaintiff came up with the interesting data of genetic codes for flu pandemic of 1918 which killed 50 million people world wide but the genetic codes for upcoming flu virus cannot be 100% accurately determined. Plaintiff prays with bottom of his heart to the United States District Court for District of Columbia to use its contempt to pressurize all federal defendants to release all the **"records"** of roving wire taps that contained the virus. The fate of the United States and

6

the world is now in the hands of this Court. Should this Court ignore this motion? We will all dies. President Bush is proposal to congress to approve a bill of $ 7 billon dollars (Washington Post, Wednesday November 30, 2005) to create the vaccine last year is a legitimate clue to the conspiracy. The idea is to reduce the world populations to 500 millions or less but there are already 6 billions on the Planet. The federal defendants know that Planetary Earth is not doing well but the best way to solve the problem, is to wipe out a lot of people on surface of Planet with deadly virus. Hint: full tip, here watch your two favorite movies **"28 Days Later" and "The Twelfth Monkeys"**. Don't be scares but let us be prepared.

Per plaintiff's FOIA/Privacy Act request to CIA, FBI or DOJ, Department of Justice regarding records about himself and demanded access to those records 32 C.F.R. §§ 1900, 1900.14(2), 5 U.S.C. §552a, CIA sent a letter to the plaintiff to identify himself to make sure no body else was using his identity 32 C.F.R. § 1901.13. Plaintiff sent notarized letter of verification to CIA. Plaintiff asked his request should be given expedited processing since his health and life are in jeopardy. 32 C.F.R. § 1900.41(2) but CIA FOIA/Privacy Act Coordinator Scott Koch delineated that it will be "first-in, first-out" processing 32 C.F.R. §§ 1901.32(a), 1900.34 in which plaintiff strongly objected. Plaintiff's request to access his records was denied in which he made an appeal request to be granted access but he could not be furnish his records and was not advise his rights to seek legal assistance 32 C.F.R. § 1900.31(5). Plaintiff stated in his FOIA/Privacy Act request letter that since it is going to be in public interest, he wanted to know when public are clandestinely abducted and implanted with these roving wiretaps, spy chips and Radio

Frequency (RF) Ids and labeled terrorists for purpose of this Brain research. Plaintiff wanted to educate his fellow Americans about this surreptitious researches which their federal government is conducting against them 32 C.F.R. § 1900.13(2)(i)(ii)(iii)(iv). Although CIA which is not a traditional law enforcement Agency, responded to plaintiff's FOIA/Privacy letters several times than DOJ, the Department of Justice and FBI. Neither DOJ nor FBI responded at all to plaintiff's FOIA/Privacy request letter. Plaintiff appreciated CIA's efforts although his records could not be released to him.

## **Conclusion**

Plaintiff request the Court to stop permanently federal defendants' ordering their cleaners to use radioactive chemicals, above named radiological devices and remove away all mentioned federal government clandestine agents, **the cleaners** (assassins, killers or terrorists) from his building residence, ban them from his rental office, Employer, school, following him around and screwing him up. They should stop their terrorist tortious activities against him permanently. Court should also act quickly to avert the upcoming flu pandemic by giving defendants excessive pressures to release records about the flu pandemic which contained in the roving wiretaps. If plaintiff would retaliate against people who are killing him, it will be only for "self defense". Plaintiff will not hurt his fellow Americans who are not harming him. It will be these federal government's agents and their informants who using radioactive chemicals on him from workplace and at home. This statement is made in good faith. Plaintiff had been labeled terrorist just for

research purposes ("Brain Machine Interface", Cyberkinetics). Copies of this motion had been both faxed and handed to Peter S. Smith, counsel for all above named federal defendants.

Respectfully Submitted,

_____
Buony Roum
3336 MT Pleasant NW #5
Washington, DC 20010
(202) 468-4018

United States District Court
For the District of Columbia

Buony Roum                    Local Rule 65.1

v.

George W. Bush, et al.

Plaintiff as of today 4/7th/06 at 11:25 A.m hand delivered copies of his motion to Peter S. Smith Counsel for all federal defendants. Plaintiff faxed the motion before delivering it to Peter S. Smith at 555 4th Street, N.W., 10 Floor Washington, DC 20530.

Buony Roum
3336 Mt Pleasant NW #5
Washington, DC 20010
(202) 468-4018