UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BUONY ROUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-112 (RMC) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER ON MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff Buony Roum filed a FOIA[1]/Privacy Act[2] complaint on January 23, 2006, against President George W. Bush, Attorney General Alberto R. Gonzales, Director of the Central Intelligence Agency Porter J. Goss, and Director of the Federal Bureau of Investigation Robert S. Mueller III. The Defendants have not yet filed an answer or other pleading. On April 7, 2006, Mr. Roum filed a motion for a temporary restraining order ("TRO"), requesting the Court to "stop permanently federal defendants' ordering their cleaners to use radioactive chemicals [and] above named radiological devices . . . , remove away all mentioned federal government clandestine agents . . . from his building residence, ban them from his rental office, Employer, school, following him around and screwing him up." Motion at 8.

The motion for a TRO does not meet the standards necessary for obtaining the extraordinary remedy of an injunction. A TRO is designed to restore the status quo during the

---

[1] Freedom of Information Act, 5 U.S.C. § 552 *et seq.*

[2] Privacy Act, 5 U.S.C. § 552a *et seq.*

pendency of litigation when irreparable harm is otherwise threatened. Mr. Roum wants an order to "stop permanently" the activities of which he complains. Such an order could be obtained only if he proved and won this lawsuit. A TRO cannot be used to obtain a final remedy without the need for proofs.

Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Temporary Restraining Order [Dkt. #5] is **DENIED**.

**SO ORDERED.**

Date: April 7, 2006                                /s/
                                       ROSEMARY M. COLLYER
                                       United States District Judge