IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BUONY ROUM,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br> GEORGE W. BUSH, et al.,  )<br>  )<br>  Defendants.  )<br>  ) | Case No. 06-CV-0112 (RMC) |

## **DECLARATION OF DAVID M. HARDY**

I, David M. Hardy, declare as follows:

(1) I am currently the Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at Federal Bureau of Investigation Headquarters ("FBIHQ") in Washington, D.C. I have held this position since August 1, 2002. Prior to my joining the FBI, from May 1, 2001 to July 31, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law. In that capacity, I had direct oversight of Freedom of Information Act ("FOIA") policy, procedures, appeals, and litigation for the Navy. From October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked with FOIA matters. I am also an attorney and have been licensed to practice law in the State of Texas since 1980.

(2) In my official capacity as Section Chief of RIDS, I supervise approximately 257 employees who staff a total of ten (10) units and a field operational service center unit whose collective mission is to effectively plan, develop, direct and manage responses to requests for access to FBI records and information pursuant to the FOIA; Privacy Act; Executive Order



12958, as amended; Presidential, Attorney General and FBI policies and procedures; judicial decisions and other Presidential and Congressional directives. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

(3) Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. Specifically, I have reviewed plaintiff's Complaint in this case and have familiarized myself with plaintiff's allegations regarding a purported FOIA/Privacy Act request he has sent to the FBI. This declaration is submitted in support of defendant FBI's motion to dismiss FOIA/Privacy Act allegations in the Complaint as they relate to the FBI.

## THE SEARCH FOR PLAINTIFF'S REQUEST

(4) In his January 20, 2006 Complaint, plaintiff alleges that "[o]n November 11th, 2005, plaintiff sent Freedom of Information Act and Privacy Act of 1974 request letters to . . . Robert S. Mueller III, the director of Federal Bureau of Investigation request[ing] [sic] any records maintained about him at these agencies be furnished to him so that he inspects and corrects any erroneous about him contained in his CIA/FBI Files." Complaint at 13.

(5) In response to this allegation, we have conducted a thorough search of the FBI's FOIPA Document Processing System ("FDPS"), which houses the FBI's official records concerning receipt of all FOIA/Privacy Act requests. This FDPS search yielded negative results for the existence of a FOIA/Privacy Act request from plaintiff Buony Roum.

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of April, 2006.

*/s/ David Hardy*
DAVID HARDY
Section Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.