UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUONY ROUM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRESIDENT OF THE UNITED STATES )<br>  GEORGE W. BUSH, et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 06-0112 (RMC) |

**DEFENDANTS' NOTICE OF FILING**

Defendants hereby file the attached cleaner copy of the Declaration of Scott A. Koch, which was previously filed as Exhibit 1 to Defendants' Motion to Dismiss or for Summary Judgment.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____/s/_____
PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day April, 2006, a true and correct copy of the foregoing Notice and attached exhibit were served upon Pro Se Plaintiff, **Buony Roum,** by postage prepaid first-class mail addressed as follows:

Buony Roum
3336 Mt. Pleasant St., N.W. #5
Washington, D.C. 20010

 

PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 307-0372