UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUONY ROUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil Action No. 06-0112(RMC) |
| ) | |
| PRESIDENT OF THE UNITED STATES ) | |
| OF AMERICA ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S MOTION OF REQUEST TO EXTEND THE TIME TO RESPONSE TO DEFENDANTS' MOTION TO DISMISS HIS ORIGINAL COMPLAINT FOR SUMMARY JUDGMENT

In the past, defendants requested time enlargement pursuant to Rule 6(b) of Federal Rules of Civil Procedure to response to Pro se plaintiff's original Complaint including those under Freedom of Information Act and Privacy Act, "sixty days" up to April 28th, 2006 in which plaintiff opposed during the telephone conference with counsel and in motion although Local Civil Rules do not allowed such that.

**Pro se** plaintiff asked the Court that his request to extend the time should be granted pursuant to Fed. R. Civ. P. 59(c) for another 20 days. Counsels for plaintiff's federal defendants filed a motion to response on April 13th, 2006 and sent a copy of motion to the plaintiff by April 13th, 2006 which plaintiff received on Monday April 17th, 2006. A response to oppose the motion to dismiss his original Complaint is due on April

RECEIVED

APR 1 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

26th, 2006. Plaintiff should be allowed to response by May 16th, 2006 (20 days) upon approval of his request. This request is made in good faith due to "good causes" in the following headings.

1. On April 7th, 2006, Pro se Plaintiff filed a Temporary Restraining Order (TRO) so that federal defendants should stop their cleaners (federal agents, assassins, killers or terrorists) using lanthanide and actinide chemicals and radiological devices against him and exerting influences to his Employer and Rental Office.

2. On April 7th, 2006, Judge Rosemary M. Collyer's Aides call plaintiff at work and spoke with his coworker Edmund Owusu and plaintiff at 1:30 P.M EST at Ronald Reagan National Airport to come to the hearing at 3:00 P.M. Plaintiff got O.K to come to Court from his Project manager L.t Albert Hinton.

2. When plaintiff came to Courthouse before 3:00 P.M, he was advised by Judge Rosemary M. Collyer's Aides that the hearing was cancelled and that the Judge would response to his TRO. His TRO was denied due to fact that defendants did not respond (delayed). When Plaintiff returned to work, he was **fired** by L.t Albert Hinton for clear frivolous claim that plaintiff left workplace without being properly relieved when he was the one that gave him O.K to go. This happened because of defendants' federal agents.

3. On March 4th, 2006 plaintiff was sent a certified registered 30 days eviction notice by his regional manager Larry Hirschman for Gates, Hudson & Associates, Inc., because plaintiff came to know Kristina Marie Wallace, FBI at # 006 and Jodi E. Dickens, DIA apartment # 007, Megan L. Kross, the National Security Agency's agent, Matthew Michael Lowry, CIA paramilitary at apartment # 009 who are using radioactive chemicals and microwaves arsenal against him.

4. **Plaintiff is looking for job.** He would not have enough time to response to defendants' motion within 10 days. Due to all these mentioned "good causes or reasons". Plaintiff needs another additional 20 days (by 5/16/06) to response to defendants' motion to dismiss his original Complaint otherwise he will response by April 26th, 2006 in accordance with statutory time limit.

This aggrieving **Pro se** plaintiff's request to extend the time is made in good faith.

Respectfully Submitted,

_____
Buony Roum
3336 MT Pleasant NW #5
Washington, DC 20010
(202) 468-4018

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **19th** day of **April,** 2006 a copy of exact Motion of request to **extend the time** to response to defendants' Motion to dismiss Pro se plaintiff's original Complaint for Summary Judgment along with Order paper, was served to Peter S. Smith, counsel for all federal defendants by first-class prepaid mail addressed to:

Peter S. Smith, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, DC 20530
(202) 307-0372

/s/ Buony Roum
Buony Roum
3336 MT Pleasant NW #5
Washington, DC 20010
(202) 468-4018

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Buony Roum,                          )
                                     )
              Plaintiff,             )
                                     )
                                     )
      v.                             )   Civil Action No. 06-0112 (RMC)
                                     )
                                     )
George W. Bush, et al.,              )
                                     )
              Defendants,            )
_____)

## Order

When Court takes its own initiative granting extension of time, herein this day ____, of _____ 20____ at _____ AM/PM.
Ordered that:
    Pro se Plaintiff's motion is **considered**.


_____
United States District Court Judge

Copy to:

Peter S. Smith, D.C. Bar # 465131
Assistant United States Attorney
Civil Division
Judiciary Center Building
555 Fourth Street, N.W. 10th Floor
Washington, DC 20530
(202) 307-0372

1