*Plaintiff Exhibit A*

**FREEDOM OF INFORMATION ACT AND PRIVACY ACT OF 1974 REQUEST LETTER**

November 11, 2005

Porter J. Goss
Central Intelligence Agency
Office of Public Affairs
Washington, DC 20505

Dear Porter J. Goss,

I am placing this request under federal law Freedom of Information Act and Privacy Act of 1974.

I request a copy of any records specifically the ones labeled Al Qaeda, other terrorist, like minded groups, paranoid, medical records, all the records and other records containing U.S government secretive projects such as Electronic Harassment, MKULTRA, SLAMMER, CONTELPRO, Microwaves Harassment and other projects about me maintained at your agency.

Under above federal statues, I am entitled to know what is in my CIA files and also I have right to correct any erroneous mistakes in my files. I request a waiver of all fees for this request. Upon disclosure of the information to me I would like the public to know of your agency's activities since it is going be beneficial to the public. The information I requested, I would like to receive it in a printable electronic format CD-Rom disk.

I ask that my request receive expedited processing because my life is in danger because use of laser weapon, modified microwave oven, chemicals, radioactive chemicals on me and currently CIA/FBI sniper threats. I hope to hearing from you at no distance times.

Sincerely,

*[signature]*

Buony Benbil Roum
3336 MT Pleasant NW #5
Washington, DC 20010
(202) 468-4018

PRO SE PLAINTIFF EXHIBIT A

Central Intelligence Agency



Washington, D.C. 20505

21 December 2005

Mr. Buony B. Roum
3336 Mt. Pleasant NW #5
Washington, D.C. 20010

PRO SE PLAINTIFF EXHIBIT B

Reference: P-2006-00109

Dear Mr. Roum:

Your 11 November 2005 letter to Porter J. Goss, Office of Public Affairs, was forwarded to the CIA office of the Information and Privacy Coordinator for response. We received your letter in this office on 14 December 2005. We have interpreted your letter as a request for records on you. For identification purposes we have assigned your request the number referenced above.

The Privacy Act requires federal agencies to safeguard personally identifiable information about an individual. CIA's Privacy Regulations, Title 32 C.F.R. § 1901.13, establish the criteria below:

> An individual seeking access to or amendment of records about himself shall provide in the letter of request his full (legal) name, address, date and place of birth, and current citizenship status together with a statement that such information is true under penalty of perjury or a notarized statement swearing to or affirming his identity. In the case of an individual who is an alien lawfully admitted for permanent residence, said individual shall provide his or her alien registration number and the date that status was acquired.

You must send us a statement with this information before we process your request. You must have your statement notarized, or sign it under penalty of perjury (28 U.S.C. § 1746), and verify that you are a U.S. citizen or a legal permanent resident. If you are a legal permanent resident (LPR), you must provide your LPR number and the date that status was acquired. If you have become a U.S. citizen, you must provide your naturalization number and the date that status was acquired. You may submit any additional information you wish to help us ensure that our search is as comprehensive and accurate as possible.

With regard to your request for expedited processing, I must inform you that all requests are handled in the order received on a "first-in, first-out" basis. Exceptions to this rule will only be made in circumstances that the Agency deems to be exceptional. In making this determination, the Agency shall consider and must decide in the affirmative on all of the following factors: (1) That there is a genuine need for the records; and (2) That the personal need is exceptional; and (3) That there are no alternative forums for the records sought; and (4) That it is reasonably believed that substantive records relevant to the stated needs may exist and be deemed releasable. In sum, requests shall be considered for expedited processing only when health, humanitarian, or due process considerations involving possible deprivation of life or liberty create circumstances of exceptional urgency and extraordinary need. Since your request does not meet the criteria, we must decline your request for expedited processing.

We will hold your request for 45 days from the date of this letter pending your reply and receipt of the required information. Please use the reference number above when communicating with us so that we can easily identify your request. If you would prefer to fax in the additional information, our fax number is 703-613-3007.

Sincerely,

Chris R.

for Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency
Information and Privacy Coordinator
Washington, DC 20505

20010-11873-05 C001

MR. BUONY B. ROUM
3336 MT. PLEASANT NW #5
WASHINGTON, D.C. 20010



$0.37
US POSTAGE
FIRST CLASS
MAILED FROM ZIP 22101
011A0419307228
DEC 27 2005

Plaintiff Exhibit C

# FREEDOM OF INFORMATION ACT AND PRIVACY ACT DENIAL ACCESS APPEAL LETTER

December 30, 2005

Porter J. Goss
Central Intelligence Agency
Office of Public Affairs
Washington, DC 20505

My dear Porter J. Goss,

Here is a denial access appeal letter hereunder Freedom of Information Act and Privacy Act of 1974.

On November 11th, 2005, I requested my records under Freedom of Information Act and Privacy Act of 1974. My request was assigned **P-2006-00109** on December 21st, 2005 and received response letter signed by Chris R for Scott Koch Information and Privacy Coordinator. The response to Privacy letter dated 12/27/05 was received on 12/28/05 according to the postal stamp but the FOIA/Privacy Act which I sent to you on November 11th, 2005 was received on December 14th, 2005. How many days does it take locally within Washington, DC for a letter to arrive at its destination?

My full names are Buony Benbil Roum. My address shall be as below at the end of this letter. Date and place of birth: 12/31/1978, Sudan (Southern Sudan). Religion: Christian. Washington, DC social security number 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. Current citizenship: Naturalized American citizen A071666038 February 17th, 2005.

I totally disputed your claim that my FOIA/ Privacy Act request letter do not deserves expedited processing and is "first -in first -out". Your clandestine agents who live above me are using lanthanide and actinide chemicals against me as well as radiological thermal devices such microwaves, isotropic radiators, non-nuclear electromagnetic pulse generators (non-nuclear very miss leading), laser weapon, infrasonic and other high energy arsenals which are cancer or disease causing organisms. Now tell me that it is not a health concern or deprivation of life (without due process of law) and liberty. There was also sniper death threat made through coworker (informant) by your Agency's and FBI agents. I, m afraid time of luxury you don't have. You have only ten days from date of this letter 5 USC § 552a (d)(1)(A). I must receive the requested records on January 12th, 2006 by 5: 00 P.M EST or 1700 military time or else.

I shall hear from you at no distance times.
Sincerely,

Buony Roum
3336 Mount Pleasant ST. NW #5
Washington, 20010
(202) 468-4018

The foregoing instrument was acknowledged before me this _____ day of December 2005 by Buony Roum known to me to be the person(s) whose name(s) are subscribed to within the instrument and acknowledged execution of the same for the purpose therein contained.

Notary Public, State/County of District of Columbia
My commission expires: 9/30/2010



Central Intelligence Agency

Washington, D.C. 20505

20 January 2006

Mr. Buony B. Roum
3336 Mt. Pleasant NW #5
Washington, D.C. 20010

Reference: P-2006-00109

Dear Mr. Roum:

Your 30 December 2005 letter to Porter J. Goss, Office of Public Affairs, was forwarded to the CIA office of the Information and Privacy Coordinator for response. It was received in this office on 19 January 2006. Your letter provided additional information pertaining to your Privacy Act request referenced above.

Since you have provided the necessary information, we have accepted your request. It will be processed in accordance with the Freedom of Information Act (FOIA), 5 U.S.C. § 552, as amended, and the Privacy Act of 1974, 5 U.S.C. § 552a. Unless you object, we will search for CIA-originated records existing through the date of this acceptance letter. We will not charge fees.

The large number of FOIA requests CIA receives has created unavoidable processing delays making it unlikely that we can respond within the 20 working days the FOIA requires. You have the right to consider our honest appraisal as a denial of your request and you may appeal to the Agency Release Panel. A more practical approach would permit us to continue processing your request and respond to you as soon as we can. You will retain your appeal rights and, once you receive the results of our search, can appeal at that time if you wish. We will proceed on that basis unless you tell us otherwise.

Sincerely,

Chris K.

for Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency
Information and Privacy Coordinator
Washington, DC 20505

MR. BUONY B. ROUM
3336 MT. PLEASANT NW #5
WASHINGTON, D.C. 20010

Plaintiff Exhibit F

$0.39
JAN 25 2006
US POSTAGE
FIRST CLASS
MAILED FROM 20505
011A0413U02223

Central Intelligence Agency
Information and Privacy Coordinator
Washington, DC 20505

20010412873-03 C001

MR. BUONY B. ROUM
3336 MT. PLEASANT NW #5
WASHINGTON, D.C. 20010

Plaintiff Exhibit G



$0.39
FEB 01 2005
US POSTAGE
FIRST CLASS
MAIL FD FROM 22101
01A0413002228

Central Intelligence Agency



Washington, D.C. 20505

*Plaintiff Exhibit H*

31 January 2006

Mr. Buony B. Roum
3336 Mt. Pleasant NW #5
Washington, D.C. 20010

Reference: P-2006-00109

Dear Mr. Roum:

This letter is a final response to your 11 November 2005 request for information about you. We processed your request under the Freedom of Information Act and the Privacy Act. We searched for CIA-originated records existing through the date of our 20 January 2006 letter accepting your request.

We were unable to identify any information or records filed under your name.

Our searches were thorough and diligent, and it is highly unlikely that another effort would change the result. Nevertheless, you have the legal right to appeal our inability to find relevant records. You may address your appeal to the Agency Release Panel, in my care, within 45 days of the date of this letter. Please explain the basis of your appeal.

We appreciate your continued patience and understanding while we processed your request.

Sincerely,

*Chris K.*

for
Scott Koch
Information and Privacy Coordinator

*Plaintiff Exhibit I*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Buony Roum,            )
        Plaintiff,     )
                       )
                       )
v.                     )  Civil Action No. 06-0112(RMC)
                       )
                       )
George W. Bush, et al., )
        Defendants.    )
_____)

### AFFIDAVIT OF SERVICE

I, Buony Roum, hereby declare that on the 11th of November 2005, I mailed a copy of registered certified FOIA/Privacy Act request letter addressed to Robert S. Mueller III. Attached hereto is the green card signed by DW Jones p/99 on November 16th, 2005 acknowledging service.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Robert Mueller III
Director of
Federal Bureau of Investigation
935 Pennsylvania Ave NW
Washington, DC 20535

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name): DW Jones / p99
C. Date of Delivery: 11-16-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005-1820-0002-5791-3112

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Saint Elizabeths Hospital
Department of Mental Health
Discharge/Outplacement Instruction Sheet

**I.** Admission Date: 2-5-05   Discharged/Outplacement Date: 2-16-05

Name: Bouny Roum

Address: 629 Colombia Rd. NW WDC 20001    1116 Malik Ave SE, Wash DC 20032

Phone: 202-468-4018   DOB: 1-3-78   DMH #: 268426   Legal Status: Vol

Emergency Contact: none given   Phone: (  )

**II. Aftercare Agencies**

Aftercare Agency: (complete address) Community Connections   Phone: 202-546-1512
801 Pennsylvania Ave. SE #201

Phychiatrist::

Case Manager: Sara Akmeo, 12:00 p.m. intake appointment 2-18-05 (Friday)

Psychiatric Appt. (date & time):

Medical Appt. (date & time):

Therapist Name ____   Phone: ____

Therapist Appt. (date & time):

Comments:

Social Worker: (print) Jennifer Whitt Stanley   Social Worker: (signature) Jennifer Whitt Stanley
Phone: (202) 645-7644   Fishman, LCSW C

**III. Medications/Injectable Psychotropic (Include dosage, frequency)**

Psychiatric                                      Medical

(1) Zyprexa 10 mg by mouth twice a day   (1)
(2) Haldol decanoate 150 mg IM every three weeks   (2)
(3) Cogentin 2 mg IM with Haldol every three weeks   (3)
(4)   (4)
(5)   (5)
(6)   (6)

DMH-601 (STK#140029)
Rev: 08/02

Plaintiff Exhibit J

**Page 2 Discharge/Outplacement Instruction Sheet**

Date of last I.M. Decanoate injection: __2-15-05__        Next injection due date: __3-7-05__

Allergies/Side Effects from Medications: __none known__

Diet: __Regular__

Special Instructions/Recommendations: _____

_____

_____

_____

_____

_____

Psychiatrist Name :(print): __BENNIE T. CARTER, M__   Program & phone: _____

Psychiatrist (signature) __[signature]__        Date: __2/16/05__

**FOR EMERGENCIES (AFTER CLINIC HOURS): CALL 24 HOURS, 7 DAYS A WEEK:**
**(1-888-7-WE HELP (1-888-793-4357)**

I have received a copy of this instruction sheet and it has been reviewed and discussed with me.
Consumer or legal representative
(sign) __[signature]__

For <u>conditional release</u> additional instruction sheets are available in John Howard Pavilion Nursing Department.

Original for patient        Copy for patient's medical record        Copies for receiving agencies

*Plaintiff Exhibit J*

DMH-601 (stk#140029)
REV: 02/02

Plaintiff Exhibit J

## DEPARTMENT OF MENTAL HEALTH

| Patient Name: Rouw, Bouny | Date of Birth: 01/03/~~85~~ 78 | Date: 02/16/05 |
|---|---|---|

Patient Address: 629 Columbia Road NW, Washington DC 20001

| Rx | Name of Medication and dosage Form | Strength | SIG (Instructions) | Quantity | Refills |
|---|---|---|---|---|---|
| 1 | Zypvexa | 10 mg | PO BID | 28 | 0 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

Bennie F. Carter MD,
Print Name

Signature: Bennie [signature]

Prescriber Address
Street: 2700 Martin Luther King Jr. Ave.
City: Washington D    State/Zip: 20032
Phone: (202) 645-7644

Lic#: [A][D][ ][7][S][E][0][6][ ][ ][ ][ ]
DEA#: [ ][ ][ ][ ][ ][ ][ ][ ][ ]

Plaintiff Exhibit 1c

# The Washington Post

SUNDAY, DECEMBER 18, 2005

**VIRGINIA EDITION**

$1.50

Prices may vary in areas outside metropolitan Washington. (See box on A6)

## President Says He Ordered NSA Domestic Spying

### In Radio Address, He Rebukes Democrats For Opposing Renewal of the Patriot Act

By Peter Baker
*Washington Post Staff Writer*

President Bush said yesterday that he secretly ordered the National Security Agency to eavesdrop on Americans with suspected ties to terrorists because it was "critical to saving American lives" and "consistent with U.S. law and the Constitution."

Bush said the program has been reviewed regularly by the nation's top legal authorities and targets only those people with "a clear" link to these terrorist networks. Nothing, the failures to detect hijackers already in the country before the strikes on New York and Washington, Bush said the NSA's domestic spying since then has helped thwart other attacks.

In his statement, delivered during a live and unusually long radio address, the president assailed the news media for disclosing the eavesdropping program, and rebuked Senate Democrats for blocking renewal of the USA Patriot Act, which gave the FBI greater surveillance power after Sept. 11, 2001, and which expires Dec. 31.

"The terrorist threat to our country will not expire in two weeks," said Bush, calling a filibuster by Democratic senators opposed to the Patriot Act "irresponsible."

The speech represented a turnaround for a White House that initially refused to discuss the highly classified NSA effort even after it was revealed in news accounts. Ad

See PRESIDENT, A8, Col. 4

# Expanded Surveillance Tests Limits of Presidential Power

ANALYSIS, From A1

eavesdropping directives were "critical to saving American lives" and "consistent with U.S. law and the Constitution." After years of portraying an offensive waged largely overseas, Bush justified the internal surveillance with new emphasis on "the home front" and the need to hunt down "terrorists here at home."

Bush's constitutional argument, in the eyes of some legal scholars and previous White House advisers, relies on extraordinary claims of presidential war-making power. Bush said yesterday that the lawfulness of his directives was affirmed by the attorney general and White House counsel, a list that omitted the legislative and judicial branches of government. On occasion the Bush administration has explicitly rejected the authority of courts and Congress to impose boundaries on the power of the commander in chief, describing the president's war-making powers in legal briefs as "plenary" — a term defined as "full," "complete," and "absolute."

A high-ranking intelligence official with firsthand knowledge said in an interview yesterday that Vice President Cheney, then-Director of Central Intelligence George J. Tenet and Michael V. Hayden, then a lieutenant general and director of the National Security Agency, briefed four key members of Congress about the NSA's new domestic surveillance on Oct. 25, 2001, and Nov. 14, 2001, shortly after Bush signed a highly classified directive that eliminated some restrictions on eavesdropping against U.S. citizens and permanent residents.

In describing the briefings, administration officials made clear that Cheney was announcing a decision, not asking permission from Congress. How much the legislators learned is in dispute.

Former senator Bob Graham (D-Fla.), who chaired the Senate intelligence committee and is the only participant thus far to describe the meetings extensively and on the record, said in interviews Friday night and yesterday that he remembers "no discussion about expanding [NSA eavesdropping] to include conversations of U.S. citizens or conversations that originated or ended in the United States" — and no mention of the president's intent to bypass the Foreign Intelligence Surveillance Court.

"I came out of the room with the full sense that we were dealing with a change in technology but not policy," Graham said, with new opportunities to intercept overseas calls that passed through U.S. switches. He believed eavesdropping would continue to be limited to "calls that initiated outside the United States, had a destination outside the United States but that transferred through a U.S.-based communications system."

Graham said the latest disclosures suggest that the president decided to go "beyond foreign communications to using this as a pretext for listening to U.S. citizens' communications. There was no discussion of anything like that in the meeting with Cheney."

The high-ranking intelligence official, who spoke with White House permission but said he was not authorized to be identified by name, said Graham is "misremembering the briefings," which in fact were "very, very comprehensive." The official declined to describe any of the substance of the meetings, but said they were intended "to make sure the Hill knows this program in its entirety, in order to never, ever be faced with the circumstance that someone says, 'I was briefed on this but I had no idea that —' and you can fill in the rest."

By Graham's account, the official said, "it appears that we held a briefing to say that nothing is different.... Why would we have a meeting in the vice president's office to talk about a change and then tell the members of Congress there is no change?"

House Minority Leader Nancy Pelosi (Calif.), who was also present as then ranking Democrat of the House intelligence panel, said in a statement yesterday evening that the briefing described "President Bush's decision to provide authority to the National Security Agency to conduct unspecified activities." She said she "expressed my strong concerns" but did not elaborate.

The NSA disclosures follow exposure of two other domestic surveillance initiatives that drew shocked reactions from Congress and some members of the public in recent months.

Beginning in October, The Washington Post published articles describing a three-year-old Pentagon agency, the size and budget of which are classified, with wide new authority to undertake domestic investigations and operations against potential threats from U.S. residents and organizations against military personnel and facilities. The Counterintelligence Field Activity, or CIFA, began as a small policy-coordination office but has grown to encompass nine directorates and a staff exceeding 1,000. The agency's Talon database, collecting unconfirmed reports of suspicious activity from military bases and organizations around the country, has included "threat reports" of peaceful civilian protests and demonstrations.

CIFA has also been empowered with what the military calls "tasking authority" — the ability to give operational orders — over Army, Navy and Air Force units whose combined roster of investigators, about 4,000, is nearly as large as the number of FBI special agents assigned to counterterrorist squads. Pentagon officials said this month they had ordered a review of the program after disclosures in The Post, NBC News and the washingtonpost.com Web log of William M. Arkin, that CIFA compiled information about U.S. citizens engaging in constitutionally protected political activity such as protests against military recruiting.

In November, The Post disclosed an exponentially growing practice of domestic surveillance under the USA Patriot Act, using FBI demands for information known as "national security letters." Created in the 1970s for espionage and terrorism investigations, the letters enabled secret FBI review of the private telephone and financial records of suspected foreign agents. The Bush administration's guidelines after the Patriot Act transformed those letters by permitting clandestine scrutiny of U.S. residents and visitors who are not alleged to be terrorists or spies.

The Post reported that the FBI has issued tens of thousands of national security letters, extending the bureau's reach as never before into the telephone calls, correspondence and financial lives of ordinary Americans. Most of the U.S. residents and citizens whose records were screened, the FBI acknowledged, were not suspected of wrongdoing.

The burgeoning use of national security letters coincided with an unannounced decision to deposit all the information they yield into government data banks — and to share those private records widely, in the federal government and beyond. In late 2003, the Bush administration reversed a long-standing policy requiring agents to destroy their files on innocent American citizens, companies and residents when investigations closed.

Yesterday's acknowledgment of warrantless NSA eavesdropping brought the most forthright statement from the president that his war on terrorism is targeting not only "enemies across the world" but "terrorists here at home." In the "first war of the 21st century," he said, "one of the most critical battlefronts is the home front."

Bush sidestepped some of the implications by citing examples only of foreigners who infiltrated the United States — Saudi citizens Nawaf Alhazmi and Khalid Almihdhar, two of the Sept. 11, 2001, hijackers. But the most fundamental changes undertaken in the Bush administration's surveillance policy are the ones that have broadened the powers of the NSA, FBI and Pentagon to spy on "U.S. persons" — American citizens, permanent residents and corporations — on American soil.

Roger Cressey, who was principal deputy to the White House counterterrorism chief when terrorists destroyed the World Trade Center and a wing of the Pentagon, said "the amount of domestic surveillance is an admission of fundamental gaps in our understanding of what is happening in our country."

Those anxieties about unknown threats have ebbed and flowed since World War I, according to a bipartisan government commission chaired by Sen. Daniel Patrick Moynihan. President Woodrow Wilson warned against "the poison of disloyalty" and another loyalty campaign created black lists of accused Communists in the 1950s. In the 1960s and 1970s, the Army and the NSA collected files and eavesdropped on thousands of anti-Vietnam War and civil rights activists.

Congress asserted itself in the 1970s, imposing oversight requirements and passing the Foreign Intelligence Surveillance Act (FISA). Kate Martin, director of the Center for National Security Studies, said FISA "expressly made it a crime for government officials 'acting under color of law' to engage in electronic eavesdropping 'other than pursuant to statute.'" FISA described itself, along with the criminal wiretap statute, as "the exclusive means by which electronic surveillance ... may be conducted."

No president before Bush mounted a frontal challenge to Congress's authority to limit espionage against Americans. In a Sept. 25, 2002, brief signed by then-Attorney General John D. Ashcroft, the Justice Department asserted "the Constitution vests in the President inherent authority to conduct warrantless intelligence surveillance (electronic or otherwise) of foreign powers or their agents, and Congress cannot by statute extinguish that constitutional authority."

The brief made no distinction between suspected agents who are U.S. citizens and those who are not. Other Bush administration legal arguments have said the "war on terror" is global and indefinite in scope, effectively removing traditional limits of wartime authority to the times and places of imminent or actual battle.

"There is a lot of discussion out there that we shouldn't be dividing Americans and foreigners, but terrorists and non-terrorists," said Gordon Oehler, a former chief of the CIA's Counterterrorist Center, who served on last year's special commission assessing U.S. intelligence.

By law, according to University of Chicago scholar Geoffrey Stone, the differences are fundamental. Americans have constitutional protections that are enforceable in court whether their conversations are domestic or international.

Bush's assertion that eavesdropping takes place only on U.S. calls to overseas phones, Stone said, "is no different, as far as the law is concerned, from saying we only do it on Tuesdays."

Michael J. Woods, who was chief of the FBI's national security law unit when Bush signed the NSA directive, described the ongoing practice as "very dangerous." In the immediate aftermath of a devastating attack, he said, the decision was a justifiable emergency response. In 2006, "we ought to be past the time of emergency responses. We ought to have more considered views now.... We have time to debate a legal regime and what's appropriate."

*Staff writers Charles Lane and Walter Pincus and researcher Julie Tate contributed to this report.*

---

### The Talk Shows

*Guests to be interviewed today on major television talk shows:*

FOX NEWS SUNDAY (WTTG), 9 a.m.: Secretary of State **Condoleezza Rice**, Sen. **Harry M. Reid** (D-Nev.) and AOL co-founder **Steve Case**.
THIS WEEK (ABC, WJLA), 9 a.m.: Sen. **John McCain** (R-Ariz.), comedian **Albert Brooks** and Maj. **Tammy Duckworth**, a disabled Iraq war veteran who is running for Congress.
FACE THE NATION (CBS, WUSA), 10:30 a.m.:
Sens. **Joseph R. Biden Jr.** (D-Del.) and **Lindsey O. Graham** (R-S.C.).
MEET THE PRESS (NBC, WRC), 10:30 a.m.: Sen. **Carl M. Levin** (D-Mich.) and Rice.
LATE EDITION (CNN), 11 a.m.: **Lynne Cheney**, wife of Vice President Cheney; Sens. **Arlen Specter** (R-Pa.) and **Russell Feingold** (D-Wis.); Rep. **John P. Murtha** (D-Pa.); U.S. Ambassador to Iraq **Zalmay Khalilzad**; and Iraq Memory Foundation founder **Kanan Makiya**.



Making his weekly broadcast live and at length from the Roosevelt Room, President Bush said the Senate "must vote" to renew the USA Patriot Act. "We cannot afford to be without this law for a single moment," he said.

# Domestic Eavesdropping Was Ordered in Terror Fight, Bush Says

PRESIDENT, From A1

visers said Bush decided to confirm the program's existence — and combine that with a demand for reauthorization of the Patriot Act — to try to put critics on the defensive by framing it as a matter of national security, not civil liberties.

The NSA "authorization is a vital tool in our war against the terrorists," Bush said. "It is critical to saving American lives. The American people expect me to do everything in my power under our laws and Constitution to protect them and their civil liberties. And that is exactly what I will continue to do, so long as I'm the president of the United States."

Congressional Democrats and some Republicans have expressed outrage at the NSA program, saying it contradicts long-standing restrictions on domestic spying and subverts constitutional guarantees against unwarranted invasions of privacy.

Some of them were further incensed by Bush's remarks yesterday. "The president believes that he has the power to override the laws that Congress has passed," Sen. Russell Feingold (Wis.) said. "He is a president, not a king." Sen. Patrick J. Leahy (Vt.) said the administration "seems to believe it is above the law."

Former representative Robert L. Barr Jr. (R-Ga.) was not comforted by Bush's reassurance. "The American people are going to have to say, 'Enough of this business of justifying everything as necessary for the war on terror,'" he said in an interview. "Either the Constitution and the laws of this country mean something or they don't. It is truly frightening what is going on in this country."

Rep. Dan Burton (Ind.) was among Republicans responding. "The liberal media and its liberal allies are attacking the president" for spying tactics that are legitimate and legal, he said on the House floor yesterday afternoon. "The fact is, the president is defending the United States of America."

The order signed by Bush, first reported by the New York Times online on Thursday, empowered the NSA to monitor international telephone calls and e-mails of U.S. citizens and residents without the warrant normally required by a secret foreign intelligence court.

A high-ranking intelligence official said yesterday that the presidential directive was first issued in October 2001, not in 2002, as other sources have told the Times and The Washington Post. And yesterday Bush said his directive came "weeks" after Sept. 11. The high-ranking official would not say whether the authority was changed or broadened significantly in 2002 or later during regular reviews.

Hundreds and perhaps thousands of people have been subjected to the surveillance, according to government officials. Officials have privately credited the eavesdropping with the apprehension of Iyman Faris, a truck driver who pleaded guilty in 2003 to planning to blow up the Brooklyn Bridge. Bush said other plots have been disrupted as well.

Bush said the program is reviewed every 45 days by the attorney general and White House counsel and that he must then reauthorize it to keep it active. He said he has reauthorized it more than 30 times "and I intend to do so for as long as our nation faces a continuing threat from al Qaeda and related groups."

The president also said the administration has briefed key members of Congress on the program a dozen times. Classified programs are typically disclosed to the chairmen and ranking minority members of the House and Senate intelligence committees.

Bush justified his order on his presidential powers as commander in chief as well as his interpretation of the congressional resolution authorizing him to use force in response to the Sept. 11 attacks, passed days after the World Trade Center and the Pentagon were hit. But Bush did not explain his constitutional thinking, nor how the 2001 resolution gave him the authority to order domestic spying. He took no questions, and aides would not discuss the legal issues surrounding the program.

The NSA surveillance is the latest chapter in a growing political struggle over the contours of the administration's tactics against terrorism. Two days ago, Sen. John McCain (R-Ariz.) forced Bush to accept a new law explicitly outlawing the use of cruel, inhuman and degrading treatment of prisoners. Several senators are pressing the administration to provide information on secret CIA detention facilities overseas. And the debate over the Patriot Act centers on how far law enforcement can go in trying to find terrorist plots.

The president criticized the media for reporting on the NSA surveillance as well as the officials who "improperly" provided the information. "As a result, our enemies have learned information they should not have, and the unauthorized disclosure of this effort damages our national security and puts our citizens at risk," he said.

The White House decision to confirm the program was an extraordinary move by an administration that almost never publicly discusses such classified methods adopted in its battle against terrorism.

But in this case, with the Patriot Act renewal on the line, the president's advisers calculated that they should go on the offensive. "This directly takes on the Democrats and puts them in a box — support our efforts to protect Americans or defend positions that put our nation's security at greater risk," said a senior administration official, who spoke on condition of anonymity.

Bush's confirmation of the NSA order, on the other hand, could embolden congressional critics to explore the extent of the program.

Senate Judiciary Chairman Arlen Specter (R-Pa.) has already called such surveillance "inappropriate" and vowed to conduct hearings. It may prove harder for the administration to withhold information now that the president has publicly acknowledged its existence.

After yesterday's address, Specter immediately said he would demand that Attorney General Alberto R. Gonzales and other officials explain "the statutory or other legal basis for the electronic surveillance, whether there was any judicial review involved, what was the scope of the domestic intercepts, what standards were used to identify al Qaeda or other terrorist callers and what was done with this information."

*Staff writers Charles Babington and Barton Gellman contributed to this report.*

---

**OPEN TO THE PUBLIC TODAY ONLY**

# PIANO SALE

AT THE
## JOHN F. KENNEDY CENTER
## FOR THE PERFORMING ARTS



Pianos used for rehearsals & performances at the John F. Kennedy Center for the Performing Arts will be sold at substantial savings today only from 11am-6pm.

*New pianos from Steinway & Sons, Kawai & Boston, and used pianos from Yamaha & Baldwin will be part of this selection of over 75 instruments.*

**TODAY ONLY:**
Sunday, December 18, 2005

New Uprights from $2,499 - $24,990
New Grands from $5,990 - $89,990

*The Kennedy Center is located at the corner of New Hampshire Avenue, NW and Rock Creek Pkwy. For specific directions, call, or visit www.kennedy-center.org.*

# The Kennedy Center

THE JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS

**For information or directions, please call**

# (202) 296-1212

