

Here is a Microwave Oven that has been
modified into a energy weapon.

Plaintiff Exhibit L

even police departments. Radar gun power outputs range from a two or three watts to 3 Megawatts! Portable radar guns range in size from small hand held devices to vehicle mounted long range high power models. These devices have very long ranges due to their greater power, higher frequencies and shorter wavelength. Radar guns emit long or short pulses of high energy capable of causing instant damage or death to living creatures. Semiconductor destruction or malfunction, brain damage & stopping vehicles are other uses for these



Here is a Microwave Oven that has been modified into a energy weapon.

devices. Other forms of directed harmful high energy include devices such as tasers, klystron guns (radar guns), ion beam guns, plasma pulse guns, soliton bombs, and many more devices.



Directional Microwave EMP Rifle (PARTIAL KIT) Partial kit (shown above). This partial kit will include a 50,000W (yes it says 50KW) Watt X-band military microwave magnetron with complete spec sheet from two manufacturers and operational information to make it work (about 30 pages), EMP rifle plan (over 49 pages), and qty:3 (12KV @ 1A) rectifiers. A device such as this can be made the size of a super soaker water gun, it operates at 9.2GHz and with a properly tuned horn antenna will have an effective range of over 300 yards (possibly more with larger antenna). Such a device could possibly cause semiconductors to burn out, microprocessors to malfunction, inductors to counter induce and create CEMF, induce RF noise, cause ionization of air or gases, cause junction rectification and eras computer data on hard drives, disk and solid state device. Operating such a device may be in violatio of State or Federal Laws, consult your Local authority before operating such a device. UPS GROUNI SHIPPING ONLY DUE TO INTENSE MAGNETIC FIELD FROM MAGNETRON. Do not purchase thi kit if it is illegal to own or operate in your area. (This kit is real and available on the internet. The abov photo and description was taken directly from an internet website, but we will not tell you where to fin it!)

Plaintiff
Exhibit L



A microwave oven has been converted to a weapon with an output of 880 Watts of microwave energy.

A large percentage of the radiation reaches the secondary room.

As the radiation passes through sequential walls, the power level will drop but can remain at dangerous health levels.

Even if the levels have been reduced by passing through three walls, people still can become negatively affected by continuous radiation over long periods of exposure.

## A new weapon: Intolerable pain, little damage

The "Active Denial System" uses a beam of energy to produce an overwhelming burning sensation on the skin without causing serious burns. The weapon could be used to repel enemy troops, disperse hostile crowds, suppress sniper activity or create a defensive barrier.

various radioactive materials such as thorium nitrate, plutonium oxide, uranium nitrate, and uranyl nitrite. Using radioactive materials a harasser can cause a terrible and agonizing death.

- **Implants**

Implants are without a doubt the most invasive form of harassment. Electronic implants consist of transmitters, ESF generators, micro-neurophonic transceivers, tracking devices and other micro sized devices designed to cause harassment by tracking or controlling movement and thought. The most common implant was designed many years ago and is still used to this day. It consists of a unit that is powered by bodily fluids and is capable of transmitting voice signals, high voltage pulses, emitting a small tracking beacon signal, or other unspecified uses (mind control).







## COMPONENTS OF THE BIOCHIP



MICROCHIP    CAPACITOR    ANTENNA COIL

— 11.5 millimeters —
Size of an uncooked grain of rice



Newest version of a biochip implant. For more information about this chip go to
http://www.nasatech.com/Briefs/May99/ARC14280.html

*Plaintiff Exhibit M*

## - ID SNIPER™ -





Before CIA, FBI agents used radioactive chemicals, radioactive nano- materials (radioactive fibers) on me. Thorium nitrate, uranyl nitrite, uranium nitrate and plutonium oxide just to name few.



After CIA, FBI agents used radioactive chemicals, radioactive nano- materials (radioactive fibers) on me. Thorium nitrate, uranyl nitrite, uranium nitrate and plutonium oxide just to name few.



After CIA, FBI agents used radioactive chemicals, radioactive nano- materials (radioactive fibers) on me. Thorium nitrate, uranyl nitrite, uranium nitrate and plutonium oxide just to name few.

Ukraine's Victor Yushchenko before and after his mysterious illness.

# Yushchenko Was Poisoned, Doctors Say

## Ukrainian's Illness Caused by Dioxin

By PETER FINN
Washington Post Foreign Service

KIEV, Ukraine, Dec. 11—The illness that disfigured the face of opposition presidential candidate Victor Yushchenko resulted from poisoning by the toxic substance dioxin, which might have been placed deliberately in his food, Austrian doctors who treated him told reporters in Vienna on Saturday.

"The criminal investigation does not fit within our purview but ... there is suspicion of third-party involvement," said Michael Zimpfer, director of Vienna's private Rudolfinerhaus clinic, where the candidate went for treatment in September after falling ill while campaigning.

The face of the once youthful-looking Yushchenko, 50, was mysteriously transformed into a blotch of lesions after he reached Austria. He also suffered severe abdominal and back pain and paralysis on the left side of his face. His appearance has continued to worsen, raising public concern about his health despite his claims he is fully recovering.

Yushchenko contends he was poisoned in an assassination attempt by

See UKRAINE, A24, Col. 1

*Plaintiff Exhibit N*

THE INAUGURATION

# As Jan. 20 Nears, Terror Warnings Drop

## Faulty Intelligence, Dated Information Led to Cautions

By Dan Eggen and Sari Horwitz
Washington Post Staff Writers

In April, Homeland Security Secretary Tom Ridge announced that al Qaeda terrorists might strike during this week's presidential inauguration festivities in Washington. The warning was part of a drumbeat sounded by U.S. officials throughout 2004 that terrorists were seeking to launch attacks both during and after the election season.

Nine months later, the threat level has been lowered, and Ridge, speaking at a news conference last week, said there is no evidence of a plot to disrupt President Bush's inauguration. Previous warnings, Ridge explained, stemmed from threat reports tied to the elections—not to the inauguration more than two months later.

"There is nothing that we've seen, not just today, but over the period of the preceding several weeks, that gives us any reason to even consider, at this point, raising the threat level," Ridge said. "Normally, it's an aggregation of information we receive that we conclude is credible over a period of time. But there's absolutely nothing out there that would suggest we should even think about it."

The shift in rhetoric about the dangers posed by terrorists during the inauguration marks the latest retreat from last year's terrorism warnings, which, in retrospect, were based largely on faulty intelligence, dated information or—as with the inauguration—an educated guess.

See THREAT, A8, Col. 1



At a news conference on inaugural security measures, from left, Deputy Secretary Tom Ridge, the Secret Service's Charles H. Ramsey as Army Maj. Gen. Galen B. Jackson, commander of the Military District of Washington, and City Administrator Robert C. Bobb look on.

## Officials Changed Terror Warnings

THREAT, From A1

washingtonpost.com

Coverage of Thursday's inaugural activities, including maps, event listings, galleries of historical photos and trivia questions, can be found online at www.washingtonpost.com/inauguration.

---

Ugly Commutes
in Store in D.C.

District officials are warning drivers to stay away from downtown for a few days.
METRO, Page B1

■ Mapping a course through (or around) the events. | Page B9

■ 2,000 police officers head to town for the inauguration. | Page B1

■ Local residents look to cash in on housing demand. | Page E1

Staff writers Spencer S. Hsu and John Mintz and researcher Julie Tate contributed to this report.

THE WASHINGTON POST    *Plaintiff Exhibit P*

# TH

A18    WEDNESDAY, MAY 4, 2005    R

# Skepticism of Terrorism Alerts Cited

## Report Says Conflicting Messages Hurt Credibility of Color-Coded System

By JOHN MINTZ
Washington Post Staff Writer

U.S. government officials have issued confusing and at sometimes conflicting statements about the threat of terrorist attack in this country, with the result that the public often doubts the credibility of official pronouncements about terrorism, a congressional report said.

The report, released yesterday by the Congressional Research Service (CRS), said that when the nation's terrorist threat alert is raised to "orange," or high risk, as well as at other times when terrorist concerns are heightened, officials in various agencies at times present differing messages to the public.

"A perceived lack of coordination in the federal government's warning notification process and inconsistent messages regarding threats to the homeland have led to an erosion of confidence in the information conveyed to the nation," said the report.

The report — co-authored by CRS terrorism analyst John Rollins, who until a few months ago was chief of staff of the Homeland Security Department's intelligence unit — cited as one example an episode in May 2004. Then-Attorney General John D. Ashcroft announced that al Qaeda was "90 percent" ready to attack America, on the same day that then-Homeland Security Secretary Tom Ridge publicly played down the terrorist threat.

Administration officials acknowledge there have been cases in which agencies have not coordinated public statements about terrorism threats. They add that after the case of miscommunication in May 2004, vast improvements have been made, with White House officials reiterating that Homeland Security plays the lead role in releasing threat information.

Brian Roehrkasse, a Homeland Security spokesman, said yesterday that officials have learned "valuable lessons" about communicating threat information to the public and "have become more so-

## Threat Levels

The government terrorism threat alert level began at yellow when the system was created in March 2002 and has risen to orange six times since then.



Red (severe)
Orange (high)    | New York City, D.C. and Newark only |
Yellow (elevated)
Blue (guarded)
Green (low)

MAMJJASONDJFMAMJJASONDJFMAMJJASONDJFMAM
2002    2003    2004    2005
SOURCE: Staff research

THE WASHINGTON POST

A year ago Tom Ridge, left, then secretary of homeland security, played down threat levels after a warning by John D. Ashcroft, then the attorney general.

phisticated and better coordinated in our approach." He pointed out that the Homeland Security Act of 2002 and presidential directives designate DHS as the lead agency for publicly disseminating threat information.

Homeland Security Secretary Michael Chertoff has said he is considering making changes to the color-coded threat system of alerting the public about terrorism dangers, as part of a larger examination of DHS programs.

In March, Chertoff, who previously headed the Justice Department's criminal division under Ashcroft, told reporters that he expects smoother coordination among federal agencies, particularly between his department and Justice. Aides have pointed out that Attorney General Alberto R. Gonzales has a more circumspect style than Ashcroft, his predecessor.

"We have a new group of players, people who are in government," Chertoff said. "I don't think there's anybody here who's looking to jostle for position in front of the camera. I think what we're looking to do is project a disciplined and steady flow of information to the public."

The CRS report said that one early instance of lack of coordination occurred in September 2002,

when Ashcroft, who then officially had the lead in warning the public, issued the first orange alert. But days before that, Ridge, then at the White House, had disseminated the opposite point, saying no intelligence existed indicating an attack might occur.

In May 2003, the fourth time the orange alert was sounded, FBI Director Robert S. Mueller III said there was no specific information on potential targets or timing of an attack, but then-Homeland Security Undersecretary Asa Hutchinson said, "There is increased specificity in what we hear, but not necessarily in terms of the target."

The CRS report also pointed out that in March 2004, FBI officials in Texas warned the oil industry it was being targeted by terrorists, while DHS officials played down the threat. Sources said DHS concluded the source of the tip was not credible.

Rep. Christopher Cox (R-Calif.), who chairs the House Homeland Security Committee, is promoting legislation that would restrict DHS to issuing color-coded alerts that are limited to specific locations or industries.

"Given the history of these seemingly uncoordinated threat notifications, local governments and the public have complained about being confused," the CRS report said. "Many have lost confidence in the system," it added, citing the case of states that refused to follow Homeland Security in declaring a code orange.

The CRS report raised the option of moving responsibility for publicizing threat information from DHS to the National Counterterrorism Center, the joint CIA-FBI agency that analyzes terrorist intelligence. DHS officials, who zealously guard this turf, dismissed the idea yesterday.

CRS analyst Rollins said his former senior position at Homeland Security should not impede the independence of his analysis.

"In my capacity at CRS, I get paid to provide objective advice to Congress, which at times may not align with the interests of DHS," Rollins said yesterday.

*Plaintiff Exhibit Q*

**M** Friday, May 28, 2004    5

# Ashcroft Assailed on Terror Warning

By John Mintz
and Susan Schmidt
*Washington Post Staff Writers*

Some allies of the Department of Homeland Security within the Bush administration and members of Congress criticized Attorney General John D. Ashcroft yesterday for issuing terrorist threat warnings at a news conference on Wednesday, contending he failed to coordinate the information with the White House and with Homeland Security, which has the job of releasing threat warnings.

With FBI Director Robert S. Mueller III by his side, Ashcroft said at a news conference two days ago that "credible intelligence, from multiple sources, indicates that al Qaeda plans to attempt an attack on the United States in the next few months. . . . This disturbing intelligence indicates al Qaeda's specific intention is to hit the U.S. hard." He added that the information has been "corroborated on a variety of levels."

Under the Homeland Security Act of 2002 and Bush administration rules, only the Department of Homeland Security (DHS) can publicly issue threat warnings, and they must be approved in a complex interagency process involving the White House. Administration officials sympathetic to Homeland Security Secretary Tom Ridge said he was not informed Ashcroft was going to characterize the threat in that way—an assertion that Justice officials deny.

Earlier Wednesday, Ridge appeared on five news shows saying that although the prospect of a ter-



Attorney General John Ashcroft, with FBI Director Robert Mueller III, speaks about the threats Wednesday. Some say other agencies were not consulted.

rorist attack is significant, Americans should "go about living their lives and enjoying living in this country," as he said on CBS.

Last night, the White House played down the turf battle. Deputy White House communications director Brian Besanceney said Mueller, Ashcroft and Ridge, who meet with President Bush every day, "discussed this issue with the president on more than one occasion and they agreed on the strategy and the seriousness of the threat. There was agreement on the way forward."

Yesterday, Rep. Christopher Cox (R-Calif.), chairman of the House Select Committee on Homeland Security and a guardian of Ridge's turf within the administration, released a statement criticizing Ashcroft.

"Dissemination by our government of sensitive terrorism warnings must be closely coordinated across our intelligence and law en-

forcement communities," Cox said. "In the Homeland Security Act, DHS was assigned the central coordinating role in this process. The absence of Secretary Ridge from yesterday's news conference held by the attorney general and the FBI director, and the conflicting public messages their separate public appearances delivered to the nation, suggests that the broad and close interagency consultation we expect, and which the law requires, did not take place in this case.

"The American public, state and local law enforcement, governors and mayors, and private sector officials with responsibility for critical infrastructure all deserve crystal clarity when it comes to terrorism threat advisories," Cox said.

FBI spokeswoman Donna Spiser said that the purpose of the news conference was to build public awareness about what the FBI is do-

ing to try to stop terrorist pilots. Over the past two to three months, she said, "there has been a stream of information coming in and there is corroboration for the information more than ever before," she said.

While publicly professing only collegiality and cooperation, Ridge and Ashcroft have occasionally struggled for two years. They argued for months over whether Homeland Security agents should investigate terrorism financing, and last year Ridge agreed they could do it only under the FBI's lead.

Some administration officials also complained yesterday that Justice Department or FBI officials in private conversations with reporters may have suggested that the latest evidence of a terrorist attack is new, when it is about six weeks old, officials said.

An administration official sympathetic to Ridge said, "There's a concern that this wasn't coordinated by the system DHS has in place to communicate this kind of sensitive information."

Under administration procedures, DHS informs governors, mayors and other elected officials when threat information is to be released so they can coordinate security efforts. This week many local officials complained they had not been informed about these threats as they usually are, administration officials said.

Administration officials have been discussing for weeks whether to raise the threat alert level from yellow, or elevated risk, to orange, or high risk, but they have decided not to take the step at this point, informed sources said.

# 127 Flights to National Diverted Since 9/11

By Sara Kehaulani Goo
*Washington Post Staff Writer*

More than 120 commercial flights headed to Washington's Reagan National Airport have been diverted for security violations since 2001, mostly because pilots failed to send a secret code to air traffic controllers before landing, the Transportation Security Administration said yesterday.

Twenty flights headed to National were diverted because a passenger stood up during the last 30 minutes,

one that requires a unique code that must be communicated to air traffic controllers before landing. The procedure may throw off some pilots unaccustomed to it, he said. "Pilots do things out of standardization. We do certain things at certain times," Boettcher said. "Sometimes guys forget—particularly if they don't fly out of National regularly, he said.

Some lawmakers, pilots and airlines criticize the 30-minute rule as costly and inconvenient for airlines and passengers who wind up at Dulles instead of National. Airlines say

include refueling the plane, busing passengers to National and sometimes changing flight crews.

"The 30-minute rule is out of date," said Rep. John L. Mica (R-Fla.). He said it was imposed as a condition for reopening National after the terrorist attacks. "Most of the flights coming out of National have air marshals on them. We tend to do things in a reactive mode and nobody bothers to remove it."

The TSA defended its rule for National, saying they add layers of security to the aviation system and

working with the airlines to achieve that, it doesn't negate the value of having those rules in place," said TSA spokesman Mark O. Hatfield Jr.

Some passengers said they have seen other passengers violate the 30-minute rule without the plane being diverted, because flight attendants or passengers told the passenger to sit down. Dan Dussault, a Boston resident who flies to Washington frequently, said he saw a flight attendant tell a passenger who had violated the rule to sit down. "I

SPORTS, *Page D1*

# Post

## FINAL

*Inside: Washington Business*
*Today's Contents on Page A2*

### 35¢

# Election Heightens Terrorism Offensive

### Officials to Publicize Increased Disruption Efforts for Nov. 2 Vote

By DAN EGGEN and SPENCER S. HSU
*Washington Post Staff Writers*

Agencies across the federal government are launching an aggressive and unusually open offensive aimed at thwarting terrorist plots before and during the presidential election in November.

Numerous law enforcement and counterterrorism officials also warned last week that a heightened threat of terrorist attack will persist through the January inauguration.

The government's strategy will include heavy surveillance by the FBI, increased checks of terrorism watch lists by local police and heightened security at polling places on Nov. 2, officials said. At the U.S. Capitol, Police Chief Terrance W. Gainer has ordered a number of his officers to wear sophisticated new equipment to protect them from a biological or chemical attack.

Counterterrorism officials concede they do not have new or specific intelligence outlining plans for an attack, but they say they remain alarmed by indications that al Qaeda and other terror groups might seek to influence U.S. elections as they did in Spain last spring by setting off bombs on commuter trains in Madrid. By publicizing the government's disruption efforts, which will begin in earnest later this week, authorities say they hope to forestall any plans for similar attacks here.

The FBI, which is sharply limiting person-

See THREAT, A4, Col. 1



# NASA Struggle
## *Hurricanes Complicate Task*

By GUY GUGLIOTTA
*Washington Post Staff Writer*

Twenty months after the Columbia tragedy, NASA is still struggling to overcome serious engineering hurdles to resume flying its space shuttles in March, a task that has become even tougher because of hurricane-caused work stoppages and damage to critical facilities.

NASA spokesman Allard Beutel said the Kennedy Space Center stopped work at 6 a.m. Friday and would be closed today while a 200-member damage-assessment team inspects the facility.

Beutel said the team remained hun-

---

### CORRECTIONS

A Sept. 25 Religion article incorrectly stated that Ulysses S. Grant attended the dedication of Adas Israel, the first Jewish house of worship built in Washington, 24 years after issuing a war order that called for the expulsion of Jews from parts of the South. Grant attended the dedication 14 years after issuing the order.

Charts published with a Sept. 20 front-page story showing a decline from 1967 to 2003 in the percentage of households earning $35,000 to $49,999 labeled that bracket as including the median income level. The median levels for 1967 and 1968 were $33,338 and $34,746, respectively. The charts' brackets should have been adjusted to take that into account.

The Washington Post is committed to correcting errors that appear in the newspaper. Those interested in contacting the paper for that purpose can send an e-mail to corrections@washpost.com or call the main number, 202-334-6000, and ask to be connected to the desk involved—Metro, National, Foreign, Financial, Style, Sports or any of the weekly sections. In addition, the ombudsman's number is 202-334-7582.

kered d
while re
Jeanne
Beute
suggest
tles, clo
bags in
okay."
But th
bly Buil
during I
month, I
Jeanne la
Top N
two week
cial shutt
hurricane
decide wh
projected
ward. The
open until
Before
trator Sea
agency fail
tions made
vestigation
September,
closed...fiv
them by yea
Whether
certain, and
cy's Return
of experts c
ress on co
mism—perf
often-expres
tles' return
driven" rath
"We believ
icant progres
Gen. Thoma
the task grou
hearing. "At
that the agen
icant challen
work ahead c
will be ready
flight."
Most of the
ommendation
cope with the i
tank, filled wit
gen, to shed pi
ing launch-inv
foam-caused g
bon-carbon" he
edge of Colum
biter's disinteg
Feb. 1, 2003.

...ing we can to reduce anxiety, and    ele... officials to avoid any inter-    The chairman of the    Election

# Plans Aim to Thwart Election Attacks

**THREAT,** *From A1*

al leave and transferring hundreds of agents to the effort, will focus heavily on individuals within the United States who are suspected of having ties to al Qaeda and other terrorist groups or who sympathize with their causes, according to officials who have been briefed on the plans.

Officials said the FBI's tactics, which will be outlined in an electronic communication to be sent to field offices this week, will include aggressive and often overt surveillance, widespread interviews and, in some cases, arrests. Local police will be urged to run the names of suspicious people through the federal government's terrorism watch list, even during traffic stops and other minor encounters.

"We are always asking ourselves the critical question, 'Have we done everything we can to thwart the next attack?'" said Michael A. Mason, who heads the FBI's Washington field office. "We ask ourselves that every day."

The warnings are reminiscent of those this summer when officials expressed extreme concern about the potential for terror attacks on the Republican and Democratic national conventions and at the Olympic Games in Athens. Those events passed without any known disruption.

Earlier this month, the FBI's "'04 Threat Task Force" issued an advisory saying there was no intelligence detailing the timing, status or targets of any plot, but it said an increased threat of terrorist action will continue through the Jan. 20 inauguration, according to sources with access to the memo. The bulletin indicated that New York, Los Angeles, Chicago and Washington—the nation's capital and three largest cities—were cities of interest, but also mentioned others, these sources said.

A national election security planning bulletin will be sent today to the 50 states and the District, containing guidelines to governors and election officials for coordination of law enforcement, polling place and ballot-counting security, legal powers to order emergency election changes and public communication from now through Election Day.

Authorities are focused on a se-...

given the lack of incidents during the political conventions and Olympics.

James M. Loy, the deputy secretary of Homeland Security, said in an interview Friday that even if there is no attack between now and the inauguration, officials will be just as worried about other events well into 2005 and beyond.

"I call it the new normalcy," Loy said. "We're immersed [in a war] with the first 'ism' in the 21st century. . . . We must find a way to hold onto the sense of urgency, and hold it potentially for decades."

Homeland Security has taken dozens of steps that now will be more or less permanent, Loy said, including stepping up inspections of train tracks, increasing Coast Guard boardings of incoming cargo ships and expanding the use of explosive-sniffing canine units.

U.S. intelligence officials said they continue to sift through al Qaeda computer documents retrieved during a series of raids in Pakistan over the summer.

The computer files, which included photographs and other information gleaned from the surveillance of U.S. targets before the Sept. 11, 2001, attacks, prompted Homeland Security Secretary Tom Ridge to raise the terror threat level for the financial sectors.

But several sources who have been briefed on the results, and who declined to be identified because the material is classified, said little fresh information has been gleaned.

The files included information about radiological devices, but there was no data linking that information with plans to attack the United States. Nor were there indications that members of al Qaeda had acquired the components for such a device, according to an official who has read recent intelligence reports.

One senior European intelligence official said his country has seen no direct evidence that al Qaeda has the ability or specific intent to launch an attack in the United States before the November elections. Regardless, the official added, al Qaeda is benefiting from widespread fears that they are plotting something.

Although U.S. law enforcement officials are short on specifics, they said their agencies have been stepping up their counterterrorism efforts. Vacations have been canceled.

Off-site locations have been set up in case agency personnel have to be moved out of Washington. At the Bureau of Alcohol, Tobacco, Firearms and Explosives, all staffers must notify their supervisors if they are out of town.

"We have to know where everybody is," said ATF Assistant Director Michael R. Bouchard. "We are making sure we're ready and our best assets and equipment are available when we need them."

Members of the Washington area's Joint Terrorism Task Force plan to meet with other local and federal officials this week in Arlington to discuss potential election threats. Paul J. McNulty, the U.S. attorney in Alexandria, said the steps will include urging police to run the names of anyone they stop in coming weeks—even for a traffic violation—through the watch list at the FBI's Terrorism Screening Center in Crystal City.

"We want law enforcement to pay attention to small things and to suspicious things," McNulty said. "We want to get down to the foot patrol, the cop on the beat level, so when a police officer responds to something or sees something curious, that officer realizes it's especially important now to take the extra step to check it out."

New airport security procedures outlined earlier this month called for more discretion among screeners to pull passengers aside for additional scrutiny and new procedures that allow pat-downs with the front of the screener's hand to be able to detect hidden items. Those procedures were enacted in response to terrorist attacks on two Russian airliners last month, in which two Chechen women allegedly smuggled explosives on board, killing 90.

D.C. Police Chief Charles H. Ramsey said District police remain on increased vigilance and indicated that orders have not changed for officers since the warnings were received. These warnings were separate from the August threat to financial centers in New York, Newark and Washington.

*Staff writers Sara Kehaulani Goo, Sari Horwitz, John Mintz and Dana Priest in Washington; Jerry Markon in Alexandria; and correspondent Craig Whitlock in Berlin contributed to this report.*

THE WASHINGTON POST   TUESDAY, SEPTEMBER 13, 2005   A15

# FBI Agents Often Break Informant Rules

## Study Finds Confidentiality Breaches

**By Dan Eggen**
*Washington Post Staff Writer*

Many FBI agents have ignored Justice Department rules for handling confidential informants that were established in the wake of several high-profile scandals, according to a study released yesterday.

In an analysis of 120 informant files from around the country, the Justice Department's inspector general, Glenn A. Fine, found that FBI agents violated procedures in 87 percent of the cases, including some in which informants allegedly engaged in illegal activity without proper oversight or permission.

"We found significant problems with the FBI's compliance with the attorney general's guidelines on confidential informants," Fine said in a statement. "We are concerned that the FBI has not taken the necessary steps to ensure that FBI agents and their supervisors adhere to these important requirements."

The report, parts of which are redacted because they involve classified material, also faults FBI agents for in some cases failing to notify officials in Washington about the initiation of criminal intelligence probes and for consistently failing to obtain advance approval to listen in on informants' conversations.

FBI Director Robert S. Mueller III told Fine's investigators that many agents found it difficult to comply with complicated paperwork requirements for confidential informants. The FBI said in a statement yesterday that many of Fine's recommendations for reform have been implemented and that the FBI is reworking procedures to make it easier for agents to comply with the rules.

"Confidential informants and other confidential human sources are critical to the FBI's ability to carry out our counterterrorism, national security and criminal law enforcement missions," the FBI statement said. "A source



Glenn Fine is the inspector general at the Justice Department.

can have a singular piece of information we could not otherwise obtain, enabling us to prevent a terrorist act or crime, or apprehend a fugitive."

Among the violations Fine highlighted were a handful of cases involving "otherwise illegal activity," referring to cases in which the FBI permits informants to commit an act — such as engaging in conversations about a conspiracy or handling money as part of a controlled drug purchase — that would otherwise be a crime.

Fine's report listed two cases in which agents allegedly failed to properly inform prosecutors when an informant was allowed to engage in illegal activity and five others in which agents failed to tell prosecutors that an informant had committed a crime not authorized by his FBI handlers. FBI field agents also often failed to properly review an informant's performance or notify senior officials when an informant had been "deactivated," according to the report.

Fine's report comes more than four years after the FBI revised its rules in the wake of several incidents involving informants. Perhaps the most infamous involved former FBI agent John J. Connolly Jr., who allowed Boston mobster and FBI informant James J. "Whitey" Bulger to flee by tipping him off to an imminent federal racketeering indictment.

Kevin R. Brock, assistant director of the FBI's Office of Intelligence, said in an interview that many of the cases cited by Fine involved administrative violations or honest disagreements about legal definitions. Some acts involving minor crimes, for example, can be authorized internally without involving a U.S. attorney's office.

"Most of these are administrative failures and we are working to address those," Brock said. "It's not like we had sources running around, willy-nilly breaking the law."

 # Farmers Insurance Group of Companies

**OMAHA BRANCH CLAIMS OFFICE**
4848 SO. 97TH ST
OMAHA, NE 68127

Date: 5/19/98

Buany Roum
2205 Jones St #204
Omaha, NE 68102

*Plaintiff Exhibit R*

**IN REPLY PLEASE REFER TO:**

Our Insured: Vernon Daniels
Date of Loss: 3/1/98
Our Policy No.:
SALN/Claim No.: 29-132110
Accident Location: 36th & Leavenworth
Total Amount of Claim to Date: $7,352.22
(Incl. Our Ins. Deduct.)

A review of the facts of the loss indicates that our insured is entitled to recover damages from you.

Therefore, we have the right to make claim for these damages in our insured's behalf.

This letter is to notify you of our subrogation rights and to advise you that no one has authority to give you a release for our interest except a representative of this Company.

If you carried liability insurance to protect you for such losses, we shall present our claim to your Company. Please complete the following information and return to us promptly.

Insurance Company Name: _____   Policy No. _____

Complete Address _____   Phone Number: _____
Street                         City                  State

Name, address and phone
of Agent or Adjuster   _____

If you are not insured, please send us your check for the amount due. If you are unable to fulfill this obligation, please contact the undersigned immediately. Please ~~contact~~ contact me to set up payment plans. 592 7269
Very truly yours,

*Jeff Miura*

**SUBROGATION CLAIMS**

Signed _____

*Tom Kenny*
*983003*2

*Phone 346-2000*

**WE ARE MEMBERS OF THE INTERCOMPANY ARBITRATION AGREEMENT**

**BATT & ASSOCIATES**
ATTORNEYS
400 CONTINENTAL BUILDING
209 SOUTH 19TH STREET
OMAHA, NEBRASKA 68102-1757
(402) 346-2008

LAWRENCE I. BATT, P.C.
THOMAS P. KENNY
SHERYL L. LOHAUS

FAX (402) 346-4108

*(402) 933-8600 phone*
*(402) 934-7848 fax*

October 25, 2002

Mr. Buony Roum
607 Cedar Ave. #36
Norfolk, NE 68701

Re: COLLISION OF 3/1/98
   Farmers Insurance & Vernon Daniels v. Buony Roum
   Our File: AC 19558 (98-30032)

Dear Mr. Roum:

Please recall that we represent Farmers Insurance and Vernon Daniels in connection with their claim against you arising out of the automobile collision mentioned above. We took a judgment against you in 1998 in the amount of $7,658.78, and you recently offered to pay $2,000.00 at $50 per month in exchange for a satisfaction of that judgment. You also wanted to have your driver's license reinstated while you made the repayments.

I contacted the insured, and he indicated that he would leave this matter to his insurance company.

The insurance company instructed me to decline your offer. They indicated that they would accept payments by installment only against the full balance. They also indicated that they would not process the paper work for an installment plan unless you could put $500 down. They also indicated that they would accept the sum of $4,000 in full settlement of the judgment amount, but that that amount would have to be paid in a lump sum.

Please let me know if there is anything further that you need to know. Also, if you can work within the position of the insurance company, please call and let me know what you want to do. Thank you.

Truly yours,

BATT & ASSOCIATES
Thomas P. Kenny

3336 MT Pleasant NW #5
Washington, DC 20010
(202) 468-4018

March 20, 2006                    *Claim # 29-132110*

Cyndy Coleman
Farmer Insurance Group of Companies
100 Farmer Circle
Austin, TX 78728

Dear Cyndy Coleman,

Please find the enclosed Western Union Money Order in the
amount of $ 500.00 dollars. The first money order check
that I sent to National Documents Center in Oklahoma City,
OK was a wrong address. The check was not cashed. It took
me four months to recover the money. I hope that you get
the money this time.

However, I will make a monthly payment on the remaining
balance of $ 3500.00. I would also like you to send a
letter to Douglas County Courthouse in Omaha, NE Small
Claim Division saying that we have reached an agreement on
judgment against me so that the Court would take this
judgment away from their system. Case # C17901,98, M. Their
phone number is (402) 444-5424. Do the same thing to
Nebraska Department of Motor Vehicles P. O. Box 94789
Lincoln, NE 68509. Phone number (402) 471-3668. Suspended
driver's license # H12483406 and mail to me a copy of the
same letter.

Sincerely,                *the JUDGMENT IS WITH ATTORNEY TOM CARTY*
                          *AT TURCO LAW (402) 933-8606*
                          *2580 S. 90th St.*
                          *Omaha NE 68124*
Buony B. Roum
                          *→ THEY WILL HAVE TO VACATE AFTER*
                          *YOU HAVE PAID THE $4000 IN FULL*

        *→ LETTER SENT TO DMV*

        *→ LETTER SENT TO Court House*

 **FARMERS**

*March 30, 2006*

Buony B. Roum
3336 Mt. Pleasant NW #5
Washington, DC 20010

Re: **Our Insured:** Vernon Daniels
**Date of Loss:** 1/2/99
**Our Claim Number:** 29-132110
**Total Claim:** $ 3,500.00
**Loss Location:** 29th & Leavenworth, Omaha, NE
**Drivers Licence #** H12483406

Farmers Insurance
National Document Center

P.O. Box 268992
Oklahoma City OK 73126-8992
USA

Phone 410 261 7335
800 944 7515
ext. 7335
Fax 410 261 7326

Dear Mr. Roum:

Per our conversation, this letter will confirm that you are entering into a promissory agreement with Farmers Insurance whereby you will repay the damages incurred Farmers for the above-noted loss. *This letter may also serve as notice to the Nebraska Department of Motor Vehicles, License Reinstatement* that Farmers accepts the terms of re-payment. And, at the discretion of the Douglas County Courthouse, Omaha, we will advise our Counsel that your Drivers license may be reinstated.

The total amount which Farmers Insurance is seeking compensation for is $3,500.00, which represents a settlement on the collision indemnity paid to our insured (minus the $500 installment submitted by you in November, 2005). The details of the repayment plan are explained in the promissory note mailed to your residence. Your stipulated agreement consists of language stating: "Farmers will receive monies on a continual basis." Payments will be sent to following address:

> **Farmers Insurance**
> **Cash Receipts**
> **PO Box 268992**
> **Oklahoma City OK 73126-8992**
> **Claim# 29-132110**

If you have any questions regarding the repayment of this debt, contact our office at (800) 944-7515, extension 7335. Thank you for your prompt attention in this matter.

Sincerely,

William Byrnes
Subrogation Claims Analyst
Farmers Insurance

*Nebraska*

# DMV

**Department of Motor Vehicles**

Financial Responsibility Division
301 Centennial Mall South, P.O. Box 94877
LINCOLN, NEBRASKA 68509-4877
(402) 471-3985 • Fax (402) 471-8288

APRIL 3, 2006

BUONY B ROUM
3336 MT PLEASANT NW #5
WASHINGTON        DC    20010

Oper Lic Nbr   H12483406
Date of Birth   01/01/1973

Please be advised that before your Nebraska operating privileges will be reinstated, you must be eligible to apply for reinstatement and provide this office with the following requirements:

*File a written copy of an Agreement or a Satisfaction of Judgment which has been certified by the court of jurisdiction:
  Court: DOUGLAS COUNTY, OMAHA NEBRASKA, SMALL CLAIMS COURT
  Case#: C98-19701
  Plantiff: VERNON DANIELS
  Defendant: BUONY ROUM
  Defendant: ENTER ADDITIONAL DEFENDANT IF NEEDED
*Pay $125 in reinstatement fees. Payment must be in the form of a cashier's check, bank draft or money order, made payable to the Department of Motor Vehicles. This office does not accept personal/business account checks or payments over the required amount.
*File proof of future financial responsibility (SR-22 Certificate of Insurance or a $75,000 bond from a Surety Company or a $75,000 cash bond or a certificate of self-insurance.

Sincerely,

*Lisa Wolfe*

LISA WOLFE, Administrative Assistant, Financial Responsibility Division

*Plaintiff Exhibit*
*S*

c/o Egypt Field
PO Box 12
Heliopolis
Cairo
Egypt

February 10 1994

Netherlands Development and Cooperation

Dear Mr Reinjes,

We are pleased to present to you our revised proposal for funding under the KAP Program.

As you know, Southern Sudan is in an appalling state of Civil War, caught in a vicious cycle of war, famine and death. Already more than 3.5 million Southern Sudanese have perished in the most recent outbreak of fighting, and many more have been forced to leave their homes, setting up residence in neighboring countries. Southern Sudanese in foreign countries will not return to their homes until they can go back in safety. This will not be possible while the National islamic Front is in power in Khartoum. This despotic military junta seized the reins of power and is bent on Arabizing and Islamizing the non Arab peoples of the Sudan. Of course this is completely unacceptable to the non Arab, non Muslim population of Sudan.

Many Southern Sudanese came to Cairo as there are no visa restrictions, but receive no aid or help of any kind from the international relief agencies as they are not regarded as refugees by the UN. What little assistance we do receive is limited to small payments from various churches. We also face discrimination in seeking employment due to the fact that we are not Arabs.

We have discovered that we are going to have to help ourselves as outside help is not going to be forthcoming in the near future. This realization formed the idea of setting up an income generating project producing and selling Sudanese handicrafts, the revised proposal for which we are presenting to you now. We hope that it will meet with your approval, and look forward to hearing from you very soon,

Yours sincerely,

Buony Benbil Roum
for the members.

## Southern Sudanese Handicrafts Project

The handicraft and leather workshop was established in Egypt in 1991 by five founding members and now has expanded to about fifty members. It operates on a cooperative basis with the members sharing any profits or losses. Since 1991 the workshop has also been producing blankets and has expanded the range of colors and designs available in it's traditional handicrafts. However the workshop faces a number of problems that we are unable to address without outside assistance. All of them restrict the workshops ability to expand and generate more income for more people.The problems can be summarized under the following headings:

(1) The workshop does not have enough cash to be able to buy raw materials cheaply and in large quantities.

(2) We do not generate enough money to be able to replace our tools and equipment, which are often very old and in a poor state of repair.

(3) There is only a limited market for our goods here in Egypt. To increase our sales we must look at exporting and this will need money. In particular we must increase our capacity in order to produce economical quantities for export.

(4) Our present premises are very small and do not enable us to expand production. In order to expand we must get new premises.

(5) We need to train our members in different skills to enable them to produce different types of goods, better quality goods and to run the project more effectively. Also, we would like to provide some members of the cooperative with vocational training, for example in woodwork, mechanics and electronics to enable them to earn money.

We would like to ask for a grant of $8,000 to help us to meet the costs of the forementioned items. As you can see from the attached monthly profit and loss account, this corresponds to approximately six months working capital. We would prefer a lump sum payment but if you think it would be better to pay in installments then we are prepared to accept this. We are prepared to submit to you a full account of how the money has been spent, and you are welcome to visit the workshop at any time.

The members of the cooperative are extremely committed to the workshop and have dedicated many hours to improving and expanding it, as well as to producing goods for sale. Should you decide to give us the grant, the members would ensure that it is used to improve the lot of the Southern Sudanese in Cairo.

The members responsible for supervising and reporting on the project are:

Buony Bebil Roum
Sasiya Teka Georgis
Simon Reik Nyuth.

## Profit account of the sale in the project

| No | Items | s. p/unit | Q/month | v/month |
|----|-------|-----------|---------|---------|
| 1 | small basket | 15 | 60 | 900 |
| 2 | large basket | 20 | 60 | 1200 |
| 3 | round basket | 30 | 60 | 1800 |
| 4 | squar basket | 50 | 60 | 3800 |
| 5 | small leather belt | 10 | 60 | 600 |
| 6 | large leather belt | 15 | 60 | 900 |
| 7 | wallet | 10 | 60 | 600 |
| 8 | bedsheet | 15 | 60 | 900 |
| 9 | sweater | 10 | 60 | 600 |
| 10 | table cover | 8 | 60 | 4800 |
| | | 183 | 480 | 15,000 |

Total saling price to items per month is L.e fifteen thousand and
nine hundred Egyptian pounds.

## Profit and loss account of the project
### cost sheet and expenses

| No | items | cp/unit | Q/month | Vp/month |
|----|-------|---------|---------|----------|
| 1 | small basket | 5 | 60 | 300 |
| 2 | large basket | 7 | 60 | 3500 |
| 3 | round basket | 10 | 60 | 600 |
| 4 | squar basket | 15 | 60 | 900 |
| 5 | small leather belt | 5 | 60 | 300 |
| 6 | large leather belt | 7 | 60 | 430 |
| 7 | wallet | 3 | 60 | 360 |
| 8 | bedsheet | 6 | 60 | 300 |
| 9 | sweater | 5 | 60 | 300 |
| 10 | table cover | 3 | 60 | 180 |
| | | 66 | 480 | 3,490 |

When you add L.e 15,000 to 3, 490=
18, 490. This is amount required to support
our project.

## Southern Sudanese Income Generating Project

Projected Profit and Loss for one month

| Sales: | No. | LE per item LE | Revenue LE |
|---|---|---|---|
| Small Baskets | 60 | 15 | 900 |
| Large Baskets | 60 | 20 | 1200 |
| Round Baskets | 60 | 30 | 1800 |
| Square Baskets | 60 | 50 | 3000 |
| Small Leather Belts | 60 | 10 | 600 |
| Large Leather Belts | 60 | 15 | 900 |
| Wallets | 60 | 10 | 600 |
| Bedsheets | 60 | 15 | 900 |
| Sweaters | 60 | 10 | 600 |
| Table Covers | 60 | 8 | 480 |
| **Total Sales** | | | **10980** |

| Costs of Sales | No. | LE per item LE | Revenue |
|---|---|---|---|
| Small Baskets | 60 | 5 | 300 |
| Large Baskets | 60 | 7 | 420 |
| Round Baskets | 60 | 10 | 600 |
| Square Baskets | 60 | 15 | 900 |
| Small Leather Belts | 60 | 5 | 300 |
| Large Leather Belts | 60 | 7 | 420 |
| Wallets | 60 | 3 | 180 |
| Bedsheets | 60 | 6 | 360 |
| Sweaters | 60 | 5 | 300 |
| Table Covers | 60 | 3 | 180 |
| **Total Costs of Sales** | | | **3960** |

Monthly Operating Profit      7020

Vocational training informal education

Courses of business administration
Tourism and hotel management
Mechanic training
Computer course
Electricity and electronic
Carpentry

Financial details of each courses

Business administration three years,
courses of one year is # 500
meanwhile fourty five people need to
take courses  the total costs per each          # 15oox45= 67,500
for  three years is

Tourism and hotel management two years
courses,one year expenses per person is
# 500  thirty people needed courses.           # 1000x30= 30,000

Computer  courses duration six months
The whole expenses for one person is
# 500 thirty people will take courses.         # 500x30= 15,000

Wood work
courses six months  twenty five people
may take courses the fee for one person        # 250x25= 6,250
is # 250.

Mechanic training nine months
amounts estimate for one person # 450
fourty five people needed to be train .        # 450x45= 10,350

Electricity and electronic  courses
six months  training,,fee # 400 for one
person, fifteen  people  may take courses.     # 400x15= 4, 200

Total  amounts required for vocational
training is                                    # 133,250



January 3, 2005

*Plaintiff Exhibit T*

Mr. Bouny Roum
955 South Columbus St.
Apt. #314
Arlington, VA 22204

Dear Mr. Roum:

This is to advise you that you have been released from employment with MVM, Inc
effective December 30, 2004. This action is predicated on the fact that you failed to
follow a management directive.

Your medical/dental coverage will terminate on January 31, 2005 at midnight.

Under the Consolidated Omnibus Reconciliation Act of 1985 (COBRA), you and your
eligible dependents will be able to continue your health care (medical/dental) coverage up
to a maximum of 18 months providing premiums are paid in full by you. MVM's Plan
Administrator (FCE) will send you correspondence regarding your eligibility for
participation in COBRA relative to continuation of health care benefits.

Enclosed is a form regarding conversion privileges under the basic Life Insurance
Program with Reliance Standard Life Insurance Company. You can convert your
insurance policy to a whole life and or term insurance program based on your needs.

If you have questions with regard to benefits, please contact Justin Boswell at 703 245-
9684.

Sincerely,

Jose R. Morales, SPHR
Manager, Employee and Labor Relations

**MVM, Inc.**
Security and Staffing Services
1593 Spring Hill Road • Suite 700 • Vienna, VA 22182
Telephone: (703) 790-3138 • Fax: (703) 790-9526 • VA Lic. # 11-1259
www.mvminc.com

*Plaintiff Exhibit U*

# GHA GATES, HUDSON & ASSOCIATES, INC.

PROSPERITY PLAZA  3020 HAMAKER COURT  SUITE 301  FAIRFAX, VIRGINIA 22031-2220  (703) 876-9590  FAX: (703) 876-0304

February 23, 2006

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**REGULAR MAIL**
**HAND DELIVERY**

Buony B. Roum
3336 Mt. Pleasant Street, NW
Apt. # 05
Washington, DC 20010

*Plaintiff Exhibit U*

Dear Resident:

This is to notify you for and on behalf of Gates, Hudson and Associates, Agent for Park Pleasant Apartments, that you are hereby given thirty (30) days to vacate your apartment on or before midnight, March 31, 2006.

You and all your effects are to be removed from the premises known as 3336 Mt. Pleasant Street, NW, Apartment # 5 by no later than the aforesaid date. Should you not vacate, you will be considered a holdover and suit will be filed immediately for possession of the premise and money damages, if any. You are liable for rent through March 31, 2006 and your security deposit (if any) cannot be used at this time.

Should you have any questions or wish to discuss this matter, please call the Rental Office at (202) 462-5552.

Sincerely,

Larry Hirschman
Regional Manager
Park Pleasant Apartments

cc:     Patricia J.M. Blackburn
        Lynn Kiley
        Rental Office
        File

### CERTIFICATE OF SERVICE

I hereby certify that I served this notice this _____ day of _____, 2000 at _____ a.m./p.m.:

_____ Handing a copy of this notice to tenant personally.
**Being unable to make personal service, a copy was delivered as follows:**
_____ Handing a copy of this notice to the tenant's spouse or other adult on premises
         with instructions to deliver same to tenant.
_____ Being unable to make service as specified above, I posted a true copy of this notice
         on the front door of the premises and mailed a copy to the premises on this date:

_____
Name

_____
Business Address                    Phone

**Management      Leasing      Development      Acquisition      Finance**

Plaintiff Exhibit V

# GASTROESOPHAGEAL
# REFLUX DISEASE

A Look at Medical Treatment and
Laparoscopic Surgery



esophagus

stomach