UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BUONY ROUM,                                )
                                           )
                                           )
                    Plaintiff,             )
                                           )
V.                                         ) Civil Action No. 06-0112 (RMC)
                                           )
PRESIDENT OF THE UNITED STATES             )
OF AMERICA                                 )
GEORGE W. BUSH, et al.,                    )
                                           )
                    Defendants.            )
_____)

**PLAINTIFF EXHIBIT A ROBERT MUELLER III WAS NOT SHOWN ON THE COURTHOUSE WEB SITE**

Plaintiff Exhibit A Robert Mueller III need to be posted on United States District Court for the District of Columbia web site like Porter J. Goss Exhibit A. All the Exhibits were submitted to the Courthouse at the time filing but Exhibit A (FOIA/Privacy Act letter) letter addressed to FBI director Robert Mueller III was missing, why?

Plaintiff asked Court to post this Exhibit A on Courthouse web site like all Exhibits.

Plaintiff had forgotten to include Exhibit W.

                                    Respectfully Submitted,

                                    *Buony Roum*
                                    Buony Roum
                                    3336 MT Pleasant NW #5
                                    Washington, DC 20010
                                    (202) 468-4018

RECEIVED

MAY 10 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FREEDOM OF INFORMATION ACT AND PRIVACY ACT OF 1974 REQUEST LETTER

*Plaintiff Exhibit A*

November 11, 2005

Robert Mueller III
Director of
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue NW
Washington, DC 20535

Dear Robert Mueller III,

I am placing this request under federal law Freedom of Information Act and Privacy Act of 1974.

I request a copy of any records specifically the ones labeled Al Qaeda, other terrorist, like minded groups, paranoid, medical records, all the records and other records containing U.S government secretive projects such as Electronic Harassment, MKULTRA, SLAMMER, CONTELPRO, Microwaves Harassment and other projects about me maintained at your agency.

Under above federal statues, I am entitled to know what is in my FBI files and also I have right to correct any erroneous mistakes in my files. I request a waiver of all fees for this request. Upon disclosure of the information to me I would like the public to know of your agency's activities since it is going be beneficial to the public. The information I requested, I would like to receive it in a printable electronic format CD-Rom disk.

I ask that my request receive expedited processing because my life is in danger because of use of laser weapon, modified microwaves oven, chemicals, radioactive chemicals on me and currently CIA/FBI sniper threats. I hope to hearing from you at no distance times.
Sincerely,

Buony Benbil Roum
3336 MT Pleasant NW #5
Washington, DC 20010
(202) 468-4018

PRO SE PLAINTIFF EXHIBIT A

*Plaintiff Exhibit W*

Subj: I need your help'
Date: 10/2/2004 4:15:58 PM Eastern Daylight Time
From: Ro2Bou
To: president@whitehouse.gov
Cc: vice.president@whitehouse.gove

955 S Columbus ST. Apt. # 314
Arlington, VA 22204
(202) 468-4018 Cell     Congress shall make no law abridging the freedom of          speech or of the press.... (I Amendment to the          constitution of the United States).
10/1/04

President George W. Bush
The White House
1600 Pennsylvania Ave NW
Washington, DC 20500
                    Situation critical

Dear President George W. Bush,

I, m writing to you today not only as a president of the United States but also as a great world leader. I have a problem that I would like to bring to your attention. I have been poisoned by our own FBI and CIA agents starting in spring of 1999 at the University of South Dakota in Vermillion when I was a student there and it is still continuing even today. These agents were trying to kill me. The chemicals were put in my food, drink, toothpastes, blankets, bed sheets, plows, bag packs, books, furniture just every thing that I use or enter-act with. They also introduced cancer to me through the biohazards (according to the medical records at Georgetown University Hospital by Dr. A. Read and Dr. John E. Carroll reveal the lymph nodes were swollen and element chlorine found in my lungs) and use of these chemicals against me every day. The chemicals were use in powder form, liquid and gas phases. The chemicals can cause pulmonary, heart hypertension, stroke, heart failure, eye problems and other wide variety of health problems. I have constant severe chest pain and lower left abdominal pain, blur eye vision, sweating too much at night or when walking in cold weather. My body generates too much heat even when the weather is cold. The chemicals are delivers or put in my stuffs in my apartment every day. These agents subjected me to these chemicals and studied how they reacted on my body or the pain that they cause. I became a guinea pig, laboratory or large animal in my own home. My face has been deformed by these chemicals and I kept on getting sick. I underwent wrong surgery for esophageal reflux (Laparascopic Nissen Fundoplication by Dr. Daniel Dunn at Abbot Northwestern hospital in Minneapolis, MN in May 2000).
My body is languishing and at any point any time from today I can die. Doctors were pressurized not rendered me any medical help. During all these years medical bill piles up and could not kept up with payments. Most these medical bills were sent to the collection agencies ending up in destruction of my credit. I legitimately felt that during procedures by Dr. Dunn and Dr. Carroll a monitoring device, a chip was placed in my body specially in dorsal cavity (back between the shoulders) or thoracic (chest) region. I can be tracked very easily with device in the body. I had conference with one FBI special agent on the civil right section. She advised me that she would consult with her boss and let me know the result. After meeting with her boss, I call her. She wondered that may be I, m being paranoia and if I have seen a psychiatrist. I told her that my mental health is normal and that the stuffs that I mentioned to her, I experienced them. I know that if I every go public against them, they are going to say that I, m mentally deficient to discredit me. If I, m mentally sick then why they don't leave me alone.
When I moved from South Dakota to Omaha, Nebraska, from Nebraska to Washington, DC, from Washington, DC to the state of Virginia and everywhere I go they assigned new people to me to hurt me. I have been followed even to my work place and harassed when jogging. I became a threat to friends and people that I know. Friends losses their jobs and been chased and wreck their cars. I have been living in the United States for almost a decade and could not be made a U.S citizen. My processes for naturalization for U.S citizenship has been delay and decision could not be made.
In my apartment, during conversation with friends regarding who is your favorite president, I said that I like Bush and if I every become a U.S citizen I would vote for Bush because he is trying to bring peace in Sudan and I like the way he designed his cabinets or his government and he is doing great in other issues, such as economic, fighting terrorism just to name the few. These agents leave me a sign that vote for John Kerry (I have no problem Kerry) and GOP party is to kiss their asses and that I, m a dick's head. These clandestine agents told my friends at work (NIH) to ask me whether I wanted to go with friends in the country side in Virginia to play paint ball shootings as if were doing terrorist training. I turned down that their request. I was speaking with one of my boss (Olie Burton, assistant project manager MVM security Inc, at NIH) to give me forty hours a week instead of thirty six hours a week, my boss

Plaintiff Exhibit W

showed up with one agent (black male 5 feet 6 inches), the agent looked at me furiously and my boss angrily told me not talk or call him any more.
I was wondering what have I done wrong to deserve this treatment. The problem even escalated up to my land lord, is now suing and threatened to evict me from my apartment. They threatened me that I would be deported back to my enemies in Khartoum, Sudan. I caught one agent closing the door of my apartment and he ran into his own apartment with a container in his hand. I call the police but the police could not make arrest because they said due to lack of evidence. In August of this year, on Saturday around approximately 3:49-4:08 A.M, the same Hispanic male and female unloaded big lasers from the white van chevy Astro license plate VA, JNW 1407 with expiration of August 2005 and he is selling van after I reported it to the police. He is the one putting chemicals in stuffs in my apartment. He might have gotten the key from my rental office or he has the master keys. He lives at 955 S Columbus ST. Apt. #313. He is approximately 5 feet 2 inches, red or brown skin with black hair. He drives red Toyota corolla, 4 doors, VA tag YPD 8517 with expiration of October 2004. There is also another one agent above me at the same address Apt 414. She is young Hispanic female and lives with another Hispanic lady with two daughters. Another female Caucasian is a government employee. I orally had conversation on the bus to work with her (she decides not to drive that day) and I left her at the Pentagon. She is also suspected to be agent. She is in mid 50s and she lives in Apartment 413. She drives blue buick, VA tag PJP 11 with expiration of Jun 2005. Her husband drives red Toyota camry VA tag ZDD 9363 Aug, 04.
Another suspect agent is of Chinese origin. He is living in Apt. 307. The other one is Hispanic male 6 feet 1 inch, weights approximately 190 lb, bold-headed lives with one Hispanic male and his wife with a little child in Apt. 315. Other agents live in # 318 they are Caucasians. One is approximately 6 feet 5 inches weights 280lb. The other one is 5 feet 10 inches approximately weight 180lb.
I thought my problem started when I was a student at the University of South Dakota in Vermillion. I sent an e-mail message to one of my relative in Oslo, Norway regarding Dr. Riek Macher Teny Durghon a southern Sudan factional rebel leader that Dr. Riek is not good to us because he married a white American lady believed to be a CIA operative. The word white and American were translated by the FBI and CIA officials as I, m somebody who hated Americans and that I, m a racist, a terrorist after the e-mail was forwarded to the FBI or CIA by the University. I thought that it is irrelevant. I do not hate whites or Americans. The term white and American were used as description and nothing else. I apologized for my vocabulary in that e-mail message. I did not mean to irritate any body. Any thing good I have beside me is from whites and America. The country was there for me when I needed help. There is no way that I, m going to hate people who are so good to me. I really mean it. But why the CIA was not good to us (southern Sudan) at that time. The war in Sudan is very complex war and it involved many countries in the continuation of this civil strife. In 1983 up 1991 the Soviet Union helped southern Sudan through Ethiopia. The CIA or the United States government helped the northern Sudan. I thought the argument is very quiet clear. I, m not and southern Sudanese are not communists either but the idea was it doesn't matter where southern Sudan gets help from. I, m not representing any body or group. Also, Osama bin Laden (the devil) came to Sudan and help the government of Sudan and his muslim brothers. He created jihad holy war on us (southern Sudan) and his mujadeens (slamic fighters) came from Afghanistan, Iran, Iraq, Egypt, Jordan, Syria, Saudi Arabia, Pakistan, locally in Sudan and just from any muslim countries. Southern Sudan was nearly wiped out. 3.5 million southern Sudanese were killed in that war leading to too much displacement of people and my and other southern Sudanese refugees coming into the north America. Now the Chinese took over our oil fields and helping the Sudan government manufactures tanks and weapons.
Mr. President this is how my problem started or else somebody accused me that I, m a terrorist. If I every said or written something that upset your officials I would like to be excuse. I did not come into the United States to be a terrorist, a hater, a racist as I was labeled by FBI or CIA. I came to live here and make this place my home. If I, m not welcome here, I would like to be officially ask to leave the United States. I also do not want to be a guinea pig. I would like to be brought back into good health and tell the FBI and CIA to leave me alone and not exert influences on classes. I would love also to be given my U.S citizenship soon so that I can vote in upcoming election. I would like to thank you in advance for your help and I hope to hearing from you at your very earliest convenience. I also wish you four more years in the White House.
Sincerely,

Buony B. Roum

P.S. I was resettled by the United States government as refugee in September 13th, 1995 in Washington, DC.
Soc. 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 and Date of birth 01/01/1973
Alien # A71-666-038.

10/4/2004 12:45 AM