UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUONY ROUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil Action No. 06-0112 (RMC) |
| ) | |
| PRESIDENT OF THE UNITED STATES ) | |
| OF AMERICA ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF WAS FIRED FROM HIS JOB BECAUSE THE COURT CALL HIM FROM HIS JOB TO COME TO THE HEARING

On April 7th, 2006, the Court call plaintiff from work at Ronald Reagan National Airport to come to the hearing at 3:00 P.M EST regarding the Temporary Restraining Order (TRO) he submitted to the Court the same day.

When plaintiff came to Court for hearing, he found that the hearing had been cancelled and upon returning back to work he was fired by his Employer claiming that plaintiff left the sensitive post without being properly relieved which was untrue.

Plaintiff asked the Court to order the Employer to return him back to work and that he must get paid for the time that he lost from work. Plaintiff will loose his Apartment by the end of May and he currently has no food to eat. Plaintiff had been denied

RECEIVED
MAY 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

unemployment benefits by Virginia Employment Commission because of Employer's clear frivolous claim of misconduct see Exhibit X.

Respectfully Submitted,

*Buony Roum*
Buony Roum
3336 MT Pleasant NW #5
Washington, DC 20010
(202) 468-4018

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **10th** day of **May,** 2006 a copy of exact Motion of request to **extend the time** to response to defendants' Motion to dismiss Pro se plaintiff's original Complaint for Summary Judgment along with Order paper, was served to Peter S. Smith, counsel for all federal defendants by first-class prepaid mail addressed to:

Peter S. Smith, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, DC 20530
(202) 307-0372

_____
Buony Roum
3336 MT Pleasant NW #5
Washington, DC 20010
(202) 468-4018

**VIRGINIA EMPLOYMENT COMMISSION**
**NOTICE OF DEPUTY'S DETERMINATION**

5520 Cherokee Ave #100
Alexandria        VA 22312

(703) 813-1300    LON: 001
(703) 813-1338/FAX

CLAIMANT NAME AND ADDRESS
BUONY B ROUM
#5
3336 MT. PLEASANT NW
ARLINGTON        VA 20010

SSN: 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
PROGRAM: 01    BYE: 04/07/07
LTRN: 01
LAST 30 DAY/240 HOUR EMPLOYER
MASTER SECURITY INC
10944-C BEAVER DAM ROAD
HUNT VALLEY        MD 21030

YOU ARE HEREBY NOTIFIED THAT BASED ON FACTS OBTAINED IN CONNECTION WITH YOUR CLAIM FOR UNEMPLOYMENT COMPENSATION FILED ON 04/09/06 THE UNDERSIGNED DEPUTY PURSUANT TO SECTION 60.2-618(2) OF THE VIRGINIA UNEMPLOYMENT COMPENSATION ACT (AS SHOWN ON BACK) RENDERS THE FOLLOWING DETERMINATION:

CLAIMANT DISQUALIFIED EFFECTIVE 04/09/06

YOU WERE DISCHARGED FROM MASTER SECURITY ON 04/09/06 FOR VIOLATION OF COMPANY POLICY. YOUR EMPLOYER STATED THAT YOU LEFT YOUR POST UNATTENDED. YOU WORKED AT A HIGHLY SENSITIVE POST AT A NATIONAL AIRPORT. YOU REQUESTED TO LEAVE. YOUR SUPERVISOR WAS ARRANGING SOMEONE TO COVER YOUR POST. WHEN YOUR REPLACEMENT ARRIVED, YOU HAD ALREADY LEFT.

YOU DID NOT REPORT TO PROVIDE SEPARATION INFORMATION TO THIS COMMISSION.

THE VIRGINIA UNEMPLOYMENT COMPENSATION ACT PROVIDES THAT AN INDIVIDUAL SHALL BE DISQUALIFIED IF IT IS FOUND THAT HE WAS DISCHARGED AS A RESULT OF MISCONDUCT IN CONNECTION WITH WORK. MISCONDUCT EXISTS WHEN IT IS SHOWN THAT THERE WAS A WILLFUL, OR SUBSTANTIAL DISREGARD OF THE EMPLOYER'S INTERESTS OR STANDARDS OF BEHAVIOR THAT THE EMPLOYER HAS THE RIGHT TO EXPECT OF HIS EMPLOYEE.

IN VIEW OF THE ABOVE, IT IS DETERMINED THAT YOUR ACTIONS DID CONSTITUTE MISCONDUCT WITHIN THE MEANING OF THE ACT. YOU ARE, THEREFORE, DISQUALIFIED FOR BENEFITS.

*Plaintiff Exhibit X*

L. BARTLEY DEPUTY, VIRGINIA EMPLOYMENT COMMISSION    546-261-2943

IF YOU DISAGREE WITH THIS DECISION, YOU HAVE THE RIGHT TO FILE AN APPEAL. YOUR APPEAL RIGHTS ARE EXPLAINED ON THE REVERSE OF THIS FORM. PLEASE READ THEM CAREFULLY.