UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUONY ROUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-112 (RMC) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court will treat Plaintiff Buony Roum's most recent filing [Dkt. #13] as a motion to compel his former employer to return him back to work.

On April 7, 2006, Mr. Roum filed a motion for a temporary restraining order ("TRO"). Since this type of pleading requires immediate action by the Court, a member of the Court's staff called Mr. Roum at work and asked him to appear for a hearing before the Court at 3:00p.m. on that day. Due to unforeseen complications with the Court's schedule, the hearing on Mr. Roum's motion was cancelled. Mr. Roum claims that he was terminated from his position for leaving work, without permission, to attend the hearing. From the unemployment compensation papers submitted by Mr. Roum, it appears that his employer was willing to release him but only after his supervisor located someone to replace him, and Mr. Roum left before his replacement arrived.

Mr. Roum now asks the Court to order his employer to "return him back to work." The Court cannot grant this request. Mr. Roum's termination is not before the Court. Only his Freedom of Information Act and Privacy Act claims are pending in this suit.

Accordingly, it is hereby

**ORDERED** that Plaintiff's motion for reinstatement at work [Dkt. #13] is **DENIED**.

**SO ORDERED.**

Date: May 16, 2006                                               /s/
                                                            ROSEMARY M. COLLYER
                                                            United States District Judge