UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BUONY ROUM,                              )
                                         )
                    Plaintiff,           )
                                         )
V.                                       )  Civil Action No. 06-0112 (RMC)
                                         )
PRESIDENT OF THE UNITED STATES           )
OF AMERICA                               )
GEORGE W. BUSH, et al.,                  )
                                         )
                    Defendants.          )
_____)

## PRO SE PLAINTIFF'S CHANGE OF MAILING ADDRESS AND TELEPHONE

Pro se Plaintiff's new mailing address and telephone shall be 3636 16 ST. NW B666 Washington, DC 20010, (202) 232-6229 and the old mailing address and telephone were 3336 MT Pleasant NW #5 Washington, DC 20010, (202) 468-4018. This mailing address is for plaintiff to receive mails only. Plaintiff is now homeless.

Respectfully Submitted,

Buony Roum
3636 16th St. NW B 666
Washington, DC 20010
(202) 232-6229

---

[1] Courtesy, please be advised that Pro se Plaintiff is now homeless. He does not pay rent here.

RECEIVED
JUN - 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

PRAECIPE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

The June day of 1st, 2006

| | |
|---|---|
| BUONY ROUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil Action No. 06-0112 (RMC) |
| ) | |
| PRESIDENT OF THE UNITED STATES ) | |
| OF AMERICA ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Defendants. ) | |

The Clerk of this Court will enter Pro se Plaintiff's new mailing address and telephone as 3636 16 ST. NW B666 Washington, DC 20010, (202) 232-6229 and the old mailing address and telephone were 3336 MT Pleasant NW #5 Washington, DC 20010, (202) 468-4018. This mailing address is for plaintiff to receive mails only. Plaintiff is now homeless.

6/1/06

Buony Roum
3636 16th St. NW B 666
Washington, DC 20010
(202) 232-6229

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **1st** day of **June,** 2006 a copy of exact Motion of change of address, telephone and PRAECIPE, were served to Peter S. Smith, counsel for all federal defendants by first-class prepaid mail addressed to:

Peter S. Smith, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, DC 20530
(202) 307-0372

Buony Roum
3636 16th NW B666
Washington, DC 20010
(202) 232-6229

1