UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUONY ROUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0112 (RMC) |
| ) | |
| PRESIDENT OF THE UNITED STATES ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MOTION FOR PARTIAL STAY PENDING THE PROCESSING OF PLAINTIFF'S REQUEST FOR RECORDS TO THE FBI AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, Federal Defendants respectfully request that the Court stay the adjudication of Defendants' motion for summary judgment on Plaintiff's Freedom of Information Act, 5 U.S.C. §§ 552, claims against the FBI for 90 days in order to allow the FBI to process the letter filed as an attachment to an errata, Document No. 12, as a FOIA request and to draft appropriate declarations and a supplemental motion for summary judgment.[1] Upon the expiration of the partial stay, Defendants request that the Court allow Defendants to file a supplemental motion for summary judgment addressing the limited issue of the FOIA request to the FBI.

In connection with Local Rule 7(m), the undersigned counsel left a message for pro se Plaintiff in order to discuss this motion with him. As of the filing of this Motion, the

---

[1] Defendants also moved to dismiss Plaintiff's Complaint insofar as it advances claims over which the Court lacks jurisdiction. The Court can rule on that aspect of Defendants' motion to dismiss. In addition, Defendants' motion for summary judgment as to Plaintiff's FOIA request to the CIA also is ripe for resolution.

undersigned had not heard from Plaintiff regarding the requested relief.² The grounds for this request are as follows:

1. On April 13, 2006, Defendants moved to dismiss the Complaint as to Plaintiff's fanciful conspiracy allegations, over which the Court lacks subject matter jurisdiction, and also moved for summary judgment as to Plaintiff's FOIA claims against the CIA and FBI. Document No. 7. Defendants argued, inter alia, that FBI had never received a FOIA request from Plaintiff. As of May 8, 2006, when Defendants filed their reply, Document No. 11, Defendants' motion was fully briefed. On May 10, 2006, Plaintiff filed an errata attaching what purports to be his FOIA request to the FBI.

2. Upon receipt of Plaintiff's filing of what purports to be a FOIA request to the FBI, Defendants believe that it would best serve judicial economy if the Court were to grant this motion and allow the FBI to process the document filed in this matter as an attachment to Document No. 12 as a FOIA request. Defendants' motion in all other respects would remain pending and ripe for resolution; Defendants request that the Court allow Defendants to supplement their summary judgment motion as to this discrete issue upon the conclusion of the stay.

3. The granting of this Motion would promote judicial economy because the Court will not need to address the issue of a purported FOIA request to the FBI on the

---

² Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." The Rule does not require counsel to confer with pro se parties about non-dispositive motions. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with non-prisoner pro se parties.

present papers but instead after the FBI voluntarily processes the document Plaintiff recently filed on the Court's ECF system as a FOIA request.

For these reasons, Defendants respectfully request that this motion be granted. A proposed order is attached.

                                                Respectfully submitted,

                                                _____/s/_____
                                                KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                                United States Attorney

                                                _____/ s/_____
                                                RUDOLPH CONTRERAS, D.C. BAR #  434122
                                                Assistant United States Attorney

                                                _____/s/_____
                                                PETER S. SMITH, D.C. Bar #465131
                                                Assistant United States Attorney
                                                Civil Division
                                                555 Fourth Street, N.W.
                                                Washington, D.C.  20530
                                                (202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of **June**, 2006, a true and correct copy of the foregoing motion and proposed order were served on pro se Plaintiff, **Buony Roum,** by postage prepaid first-class mail addressed as follows:

    Buony Roum
    3636 16th Street, N.W.
    Apt. B666
    Washington, D.C. 20010

    /s/
    PETER S. SMITH, D.C. Bar #465131
    Assistant United States Attorney
    United States Attorney's Office
    Judiciary Center Building
    555 4th Street, N.W., 10th Floor
    Washington, D.C. 20530
    (202) 307-0372