UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUONY ROUM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRESIDENT OF THE UNITED STATES )<br>  GEORGE W. BUSH, et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 06-0112 (RMC) |

### ORDER

Upon consideration of Defendants' Motion for Partial Stay, any opposition thereto, and the entire record herein, it is this ___ day of _____, 2006, ORDERED that:

Defendants' motion is GRANTED;

The proceedings are stayed as to Plaintiff's FOIA claims against the FBI for ninety days from the date of this order;

Upon the expiration of the partial stay of this matter, Defendants shall file a supplemental motion for summary judgment and supporting papers addressing the limited issue of Plaintiff's FOIA claims against the FBI.

_____
United States District Court Judge

Copy to:

Buony Roum
3636 16th Street, N.W. Apt. B666
Washington, D.C.  20010