UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BUONY ROUM,                                )
                                           )
                            Plaintiff,     )
                                           )
V.                                         )   Civil Action No. 06-0112(RMC)
                                           )
PRESIDENT OF THE UNITED STATES             )
OF AMERICA                                 )
GEORGE W. BUSH, et al.,                    )
                                           )
                            Defendants.    )
_____    )

### THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA WILL START DOING BACKGROUND INVESTIGATION OF THE UNITED STATES ATTORNEYS

Pursuant to Local Rule LCvR 83.16 (b)(1)(2) **Pro se** plaintiff asked this Court to do background investigation of these United States Attorneys Kenneth L. Wainstein, D.C. Bar # 451058, Rudolph Contreras, D.C. Bar # 434122 and Peter S. Smith, D.C. Bar # 465131. Court should be looking for any misdemeanors and felonies.

Should Court find any misdemeanors or felonies? Court must automatically disbar these United States Attorneys from practicing law in this District Court for the District of Columbia as well as in the United States of America LCvR 83.16 (1)(i)(ii)(2) and LCvR 83.19 unless cleared otherwise.

Respectfully Submitted,

*Buony Roum*
Buony Roum
3636 16th ST. NW B666
Washington, DC 20010
(202) 232- 6229

**RECEIVED**

JUN 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## CERTIFICATE OF SERVICE

I hereby certify that on this **14th** day of **June,** 2006, a true and correct copy of the foregoing **Motions** were served upon federal defendants' attorney (s) Peter S. Smith, by postage first class mail addressed to:

Peter S. Smith, D.C. Bar # 465131
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 Fourth Street NW 10th Floor
Washington, DC 20530

*Buony Roum*
Buody Roum
3636 16th NW B 666
Washington, DC 20010
(202) 232-6229

1