UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BUONY ROUM, )
)
                Plaintiff, )
)
V. ) Civil Action No. 06-0112(RMC)
)
PRESIDENT OF THE UNITED STATES )
OF AMERICA )
GEORGE W. BUSH, et al., )
)
               Defendants. )
_____)

### COURT MUST TAKE ITS OWN INITIATIVE TO SET UP A NEW TRIAL DATE

Pursuant to Rule 59 (a)(b)(d), Pro se plaintiff feel that it is now time for this Court to take its own initiative to set up a new trial date. In accordance with subsection (c) of this rule, plaintiff wrote a motion of Complaint and defendants responded back opposing plaintiff's motion and plaintiff wrote other motions opposing defendants' claims and defendants responded opposing. Plaintiff felt that this will lead nowhere. It is now time for this Court to take decision or intervene.

Respectfully Submitted,

*Buony Roum*
Buony Roum
3636 16th ST. NW B666
Washington, DC 20010
(202) 232-6229

**RECEIVED**

JUN 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

[1] **Courtesy! Pro se** plaintiff cannot and will not tell this Court what to do but he feels that Court had finished Incamera Inspection or reviewing plaintiff's CIA/NSA/FBI classified files. Plaintiff's NSA files are with federal defendant Alberto R. Gonzales of U.S Department of Justice.