## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Buony Roum,<br>3636 16th ST. NW B666<br>Washington, DC 20010<br>(202) 232-6229,<br>        Plaintiff, | )<br>)<br>)<br>)<br>)<br>) |
| V. | ) Civil Action No.06-0112 (RMC)<br>)<br>) |
| George W. Bush,<br>The White House<br>1600 Pennsylvania Avenue NW<br>Washington, DC 20500<br>(202) 456-1414, | )<br>)<br>)<br>)<br>) |
| Alberto R. Gonzales,<br>U.S Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>(202) 353-1555, | )<br>)<br>)<br>)<br>) |
| Michael V. Hayden,<br>Central Intelligence Agency<br>Office of Public Affairs<br>Washington, DC 20505<br>(703) 482-0623, | )<br>)<br>)<br>)<br>) |
| Robert S. Mueller III,<br>Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>935 Pennsylvania Avenue NW<br>Washington, DC 20535<br>(202) 324-3000,<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

**RECEIVED**

JUN 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## FEDERAL DEFENDANT PORTER J. GOSS IS NOW SUPERSEDED BY NEW FEDERAL DEFENDANT MICHAEL V. HAYDEN. NEW CIA DIRECTOR

In this **Pro se** plaintiff's Motion, plaintiff's original Complaint filed against Porter J.

Goss and other above mentioned federal defendants now **apply** to the new CIA director

1

Michael V. Hayden a former director of National Security Agency. General Michael Hayden was originally the one who started the NSA eavesdropping and he sent his spies who have been spying on Pro se plaintiff without Spy Court (established in 1978) is approval in violation of U.S law, Codes and the Constitution of the United States of America cited in the plaintiff's original **Complaint**. Plaintiff's NSA files are with federal Defendant Alberto R. Gonzales of the U.S Department of Justice. Now, the new CIA director Michael V. Hayden violated the law and the Constitution of the United States of America.

Respectfully Submitted,

_____
Buony Roum
3636 16th ST. NW B666
Washington, DC 20010
(202) 232-6229

---

[1] Thanks to Jesus Christ or God Almighty for bringing Gen. Michael V. Hayden a law breaker from nowhere. Gen. Hayden has story of sleeping on the job. When he was leading the world's super secretive Agency (the National Security Agency) that has technological advances (actually an Agency I dreamed to work for), the terrorists came and killed Pro se plaintiff's innocent fellow Americans, all were at work. Some were defending the country and rests were contributing to the economical growth of the United States of America. How do you trust this kind of person? I could have been in those buildings or you could have been in those buildings. Now, Gen. Hayden is threat to ordinary Americans and the residents. He called them dumb terrorists during his confirmation hearing for CIA director. I cannot trust Gen. Michael V. Hayden even with potato gun period. May be I (dumb terrorist according to him) can offer an ideology to fight back that Islamic (Muslims) ideologies he doesn't have. Now, they are demanding peaceful nuclear technology and you that they have story of suicide and I don't even know if the General can do the math. 40 years from now if we don't do something about it, it will be too late and it will be like an Asteroid reaching a zero barrier.