IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BOUNY ROUM,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE, et al.,<br><br>    Defendants. | Case No. 06-CV-0112 (RMC) |

## SECOND DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1) I am currently the Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at Federal Bureau of Investigation Headquarters ("FBIHQ") in Washington, D.C. I have held this position since August 1, 2002. Prior to my joining the FBI, from May 1, 2001 to July 31, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law. In that capacity, I had direct oversight of Freedom of Information Act ("FOIA") policy, procedures, appeals, and litigation for the Navy. From October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked with FOIA matters. I am also an attorney and have been licensed to practice law in the State of Texas since 1980.

(2) In my official capacity as Section Chief of RIDS, I supervise approximately 234 employees who staff a total of ten (10) units and a field operational service center unit whose collective mission is to effectively plan, develop, direct and manage responses to requests for



access to FBI records and information pursuant to the FOIA; Privacy Act; Executive Order 12958, as amended; Presidential, Attorney General and FBI policies and procedures; judicial decisions and Presidential and Congressional directives. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

(3) Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. Specifically, I am aware of the treatment which has been afforded the FOIA/Privacy Act request of plaintiff Bouny Roum for access to records concerning himself.

(4) The purpose of this declaration is to provide the Court and plaintiff with the results of the FBI's search for records responsive to plaintiff's request.

### BACKGROUND OF THE SEARCH FOR PLAINTIFF'S REQUEST

(5) In his January 20, 2006 Complaint, plaintiff stated that on November 11, 2005, he mailed a Freedom of Information Act/ Privacy Act request to FBI Director Robert S. Mueller III, asking for any FBIHQ records concerning himself.

(6) In response to plaintiff's complaint, the FBI conducted a thorough search of its FOIPA Document Processing System ("FDPS"), which houses the FBI's official records concerning receipt of all FOIA/Privacy Act requests. This FDPS search yielded negative results for the existence of any FOIA/Privacy Act request from plaintiff Buony Roum.

(7) In the Declaration of David M. Hardy dated April 6, 2006, I advised plaintiff and the Court of the negative result of the search for plaintiff's request.

(8) In his April 26, 2006 Motion of Opposition, plaintiff provided a copy of a signed receipt in support of his claim that a FOIA/PA request letter was mailed to the FBI.

(9) In response to plaintiff's opposition, the FBI conducted a second search of FDPS. The second search again yielded negative results for the existence of a FOIA/Privacy Act request from plaintiff Buony Roum. Nevertheless, in order to further the proceedings and assist plaintiff and the court, the FBI conducted a search of the automated indices to the FBI's Central Records System ("CRS") for all records concerning "Bouny Roum" and "B. Roum".

(10) By letter dated June 13, 2006, FBIHQ advised plaintiff that a search of the automated indices to the CRS at FBIHQ located no records responsive to his request. Plaintiff was provided an FBI file fact sheet. **(See Exhibit A.)**

## CENTRAL RECORDS SYSTEM

(11) The CRS, which is utilized by the FBI to conduct searches in response to FOIA and Privacy Act requests, enables it to maintain information which it has acquired in the course of fulfilling mandated law enforcement responsibilities. The records consist of administrative, applicant, criminal, personnel, and other files compiled for law enforcement purposes. This system consists of a numerical sequence of files broken down according to subject matter. The subject matter of a file may relate to an individual, organization, company, publication, activity, or foreign intelligence matter. Certain records in this system are maintained at FBIHQ. Records which are pertinent to specific field offices are maintained in those field offices.

3

(12) Access to the CRS is afforded by the General Indices, which are arranged in alphabetical order. The General Indices consist of an index on various subject matters that is searched either manually or through the automated indices. Searches made in the General Indices to locate records concerning a particular subject, such as "Buony Roum," are made by searching the subject requested in the index. The entries in the General Indices fall into two categories:

> (a) A "main" entry -- A "main" entry carries the name corresponding with a subject of a file contained in the CRS.
>
> (b) A "reference" entry -- "Reference" entries, sometimes called "cross-references," are generally only a mere mention or reference to an individual, organization, etc., contained in a document located in another "main" file.

(13) On or about October 16, 1995, the Automated Case Support ("ACS") system was implemented for all Field Offices, Legats and FBIHQ. More than 105 million records were converted from automated systems previously utilized by the FBI. ACS consists of the following three integrated, yet separately functional, automated applications that support case management functions for all FBI investigative and administrative cases:

(a) Investigative Case Management ("ICM") - ICM provides the ability to open, assign, and close investigative and administrative cases as well as to set, assign, and track leads. A case is opened by the Office of Origin (OO), which sets leads for itself and other field offices, as needed. The offices that receive the leads are referred to as Lead Offices ("LOs"), formerly known as Auxiliary Offices. When a case is opened, it is assigned a Universal Case File Number ("UCFN") which is used by FBIHQ and all offices that are conducting or assisting in the investigation. Using file number 100A-PH-43184 as an example, an explanation of the UCFN is

as follows: "100" indicates the classification for that specific type of investigation, which in this example denotes a "terrorism enterprise" investigation; "PH" is the abbreviated form used for the Office of Origin of this investigation, which here is the FBI's Philadelphia Field Office; and the "43184" indicates the individual case number assigned to a particular investigation.

    (b) Electronic Case File - ECF serves as the central electronic repository for the FBI's official text-based documents. ECF supports the universal serial concept, where only the creator of a document serializes it into a file, providing single source entry of serials into the computerized system. All <u>original</u> serials are maintained in the OO case file.

    (c) Universal Index ("UNI") - UNI continues the universal concept of ACS by providing a complete subject/case index to all investigative and administrative cases. Only the OO is required to index cases. The Lead Office may index additional information as needed. UNI is a 94.1 million record index that functions to index names to cases, and to search names and cases for use in FBI investigative and administrative cases. Names of individuals or non-individuals are recorded with identifying information such as the date or place of birth, race, sex, locality, Social Security number, address, or date of an event.

    (14)    The decision to index names other than subjects, suspects, and victims is a discretionary decision made by the investigative FBI Special Agent, the supervisor in the field division conducting the investigation, and the supervising FBI SA at FBIHQ. The FBI does not index every name in its files; rather, it indexes only that information considered pertinent, relevant, or essential for future retrieval. Without a "key" (index) to this mass of information, information essential to ongoing investigations could not be readily retrieved. The FBI files would thus be merely archival in nature and could not be effectively used to serve the mandated

mission of the FBI, which is to investigate violations of federal criminal and national security statutes. Therefore, the General Indices to the CRS files are the means by which the FBI can determine what retrievable information, if any, the FBI may have in its CRS files on a particular subject matter, e.g., "Bouny Roum."

(15)  Plaintiff's FOIA/PA request for records concerning himself was searched in the CRS automated indices by entering the subject name "Bouny Roum" and "B. Roum". This search resulted in negative findings for references and/or main files responsive to plaintiff's request.

(16)  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of July, 2006.

DAVID HARDY
Section Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOUNY ROUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-CV-0112 (RMC) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, et al., ) | |
| ) | |
| Defendants. ) | |

# Exhibit A


U.S. Department of Justice



Federal Bureau of Investigation

Washington, D.C. 20535

June 13, 2006

MR BUONY BENBIL ROUM
APARTMENT 5
3336 MOUNT PLEASANT, NORTHWEST
WASHINGTON, DC  20010

Request No.: 1050203- 000
Subject: ROUM, BUONY BENBIL

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

A search of the automated indices to our central records system files at FBI Headquarters located no records responsive to your FOIPA request.

Although no records responsive to your FOIPA request were located in our automated indices, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D. C. 20530-0001, within 60 days from the date of this letter. The envelope and the letter should be clearly marked "Information Appeal." Please cite the FOIPA request number assigned to your request so that it may easily be identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  **The FBI does not keep a file on every citizen of the United States.**

- **The FBI was not established until 1908 and we have very few records prior to the 1920's.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI "file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index to identify <u>any</u> information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- **The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA)** search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The **NNCP** search.

**FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov**

3-23-04