UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BUONY ROUM,                                          )
                                                     )
                        Plaintiff,                   )
                                                     )
              v.                                     )          Civil  Action  No. 06-0112 (RMC)
                                                     )
PRESIDENT OF THE UNITED STATES                       )
  GEORGE W. BUSH, et al.,                            )
                                                     )
                        Defendants.                  )
_____)

**<u>SUPPLEMENTAL STATEMENT OF MATERIAL FACTS NOT IN DISPUTE</u>**

Pursuant to Local Rule 7(h), Defendant submits this supplemental statement of material facts to which there is no genuine issue:

1.    The Federal Bureau of Investigation (FBI) conducted a search of its FOIPA Document Processing System, which houses the official records concerning receipt of all FOIA/Privacy Act requests for the FBI and found that the FBI did not receive a FOIA request from Plaintiff.  Declaration of David M. Hardy, at ¶ 6; Second Decl. of David Hardy at ¶ 6.

2.    The FBI conducted a second search of its FOIAPA Document Processing System, which confirmed that the FBI never received a FOIA request from Plaintiff.  Second hardy Decl. at ¶ 9.

3.    Nevertheless, in order to further the proceedings and assist the Court in resolving the Defendants' pending dispositive motion, the FBI processed Plaintiff's FOIA request for records concerning himself by conducting a search of the automated indices to the FBI's Central Reords System for all records concerning "Bouny Roum" and "B. Roum."

Second Hardy Decl. at ¶¶ 9, 15.

4.      The FBI's search did not locate any records responsive to Plaintiff's request.  <u>Id</u>. at ¶¶ 10,

15.

                  Respectfully Submitted,

                     s/Kenneth L. Wainstein (DVH)

                  _____

                  KENNETH L. WAINSTEIN, D.C. BAR # 451058
                  United States Attorney

                     s/Rudolph Contreras

                  _____

                  RUDOLPH CONTRERAS, D.C. BAR #  434122
                  Assistant United States Attorney

_____s/Peter S. Smith
               _____

                  PETER S. SMITH, D.C. BAR # 465131
                  Assistant United States Attorney
                  Office of the United States Attorney
                  555 Fourth Street, N.W., Civil Division
                  Washington, D.C.  20530
                  (202) 307-0372

2