UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BUONY ROUM | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil Action No. 06-0112(RMC) |
| | ) | |
| | ) | |
| PRESIDENT OF THE UNITED | ) | |
| STATES OF AMERICA | ) | |
| GEORGE W. BUSH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA MUST EITHER GRANT SUMMARY JUDGMENT TO PRO SE PLAINTIFF OR TO THE FEDERAL DEFENDANTS

The time has come now for District Court to intervene. Court should either

grant summary judgment to aggrieving Pro se Plaintiff or to the federal

defendants. Court should not just sit idly. Plaintiff's life is in danger.

*Buony Roum*
Buony Roum
3636 16 ST. NW B666
Washington, DC 20010
(202) 232-6229

RECEIVED

SEP 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

[1] The federal defendants' motion to dismiss Pro se Plaintiff original complaint is nothing than repeating previous motions. The only new things are FBI supplemental material fact affidavit and a FOIA letter (Doc. No. 22) claimed to have been mailed to the plaintiff which plaintiff did not get up to now. The agencies, FBI, CIA affidavits are contradictory and conclusory all nothing but clear evidence of bad faith. The agencies 1 "improperly", 2 "withheld", 3 "withheld agency records" which give District Court subject jurisdictional matter over Pro se Plaintiff is FOIA/Privacy case. Due to this matter summary judgment should be granted to Pro se Plaintiff. Also, Pro se Plaintiff's NSA (illegal domestic spying on Americans or eavesdropping started by federal defendant Lt. Gen. Michael V. Hayden now superseded by Lt. Gen. Keith B. Alexander and also eavesdropping ordered by federal defendant President Bush) files that are with federal defendant Alberto R. Gonzales of the United States Department of Justice must be also furnish to him.

RECEIVED

SEP 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BUONY ROUM                        )
                                  )
              Plaintiff,          )
                                  )
      V.                          )  Civil Action No. 06-0112(RMC)
                                  )
                                  )
PRESIDENT OF THE UNITED           )
STATES OF AMERICA                 )
GEORGE W. BUSH, et al.,           )
                                  )
              Defendants.         )
_____   )


## PRO SE PLAINTIFF WOULD LIKE TO HAVE JURY TRIAL


In summon form, Pro se Plaintiff selected none jury trial but in this motion plaintiff asked Court for jury trial.


Buony Roum
3636 16 ST. NW B666
Washington, DC 20010
(202) 232-6229

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **15th** day of **Sept.,** 2006 a copy of exact Motion of request for jury trial and motion of Court to intervene regarding federal defendants' clear frivolous claim to dismiss Pro se plaintiff's original Complaint for Summary Judgment was served to Peter S. Smith, counsel for all federal defendants by first-class prepaid mail addressed to:

Peter S. Smith, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, DC 20530
(202) 307-0372

Buong Roum
3636 16 ST NW B666
Washington, DC 20010
(202) 232-6229