UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BUONY ROUM, )
)
)
Plaintiff, )
)
V. ) Civil Action No. 06-0112(RMC)
)
)
PRESIDENT OF THE UNITED )
STATES OF AMERICA )
GEORGE W. BUSH, et al., )
)
Defendants. )
_____ )

**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA SHOULD SET UP TEAM OF FEDERAL AUTHORITIES AND DOCTORS TO PYSICALLY EXAMINE FEDERAL DEFENDANT GEORGE W. BUSH FROM HEAD TO TOE AND HIS MEDICAL RECORDS. FEDERAL DEFENDANT GEORGE W. BUSH'S WHITE HOUSE MUST GIVE CLEARANCES TO U.S DEPARTMENT OF JUSTICE OFFICE OF PROFESSIONAL RESPONSIBILITY TO EXAMINE NATIONAL SECURITY AGENCY'S ILLEGAL DOMESTIC <u>EAVESDROPPING AND SPYING (ON FELLOW AMERICANS AND RESIDENTS) DOCUMENTS.</u>**

Federal defendant George W. Bush underwent colonoscopy in previous years at National Naval Medical Center in Bethesda, Maryland. He has been hearing voices and says God let me finish my job. In reality, that suggests an auditory implants and it has nothing to do with God. Should this federal defendant have been also implanted in his nervous system and head (Brian)? It will be good that no body is waging covert mind warfare with the President of the United States that plaintiff thought to be all our mother and if somebody did that we as Americans and the residents want to know that enemy because tomorrow he may be going Nuclear. You know deep implant behavior

1

modification. The behavior of this federal defendant George W. Bush is putting his fellow Americans on harm's way that is to say sending them to clear bogus war in Iraq base on faulty inter-alia. When fellow American former Ambassador Joseph Wilson IV gave his report that Iraq did not acquired yellow cake uranium from Niger and that there are no weapons of mass destructions (WMDs) the cover of his CIA wife Valerie Plame Wilson (when she was doing credible national security works) was blown by federal defendant George W. Bush's White House in retaliation against Wilsons. The fellow Americans are entrap in the so called Iraq war (Like Soviet Union troops in Afghanistan) which Pro se plaintiff see will yield no benefits to the United States unless of course it is ISAIAH 21: 1-10, JEREMIAH 50:1-46 or movies **"The Omega Code, The Omega Code 2"** The Biblical hidden codes and mysteries. Also, federal defendant George W. Bush due to this useless war caused the United States of America to borrow money from U.S enemy China. Federal defendant George W. Bush almost led Dubai World Ports to secure the United States ports which was also attempted conspiracy by defendant to led country that was financing Al Qaeda to bring Nuclear Materials piece by piece into the United States. The U.S borders are not secured and ordinary Americans are jeopardized claiming that they are terrorist or Al Qaeda a claim that plaintiff called disingenuous.

Also, the behavior of this federal defendant George W. Bush ordering his National Security Agency to eavesdrop and illegally spy on his fellow Americans and the U.S residents. The National Security Agency will obtain innocent ordinary Americans (I am one of them) and implanted them with GSP chips or roving wiretap and infected them with lethal strain A H5N1 (H stand for hemagglutinin and N stand for neuraminidase; here are your two clue movies **"12 Monkeys" and "28 Days Later"**. **The pandemic flu**

2

of 1918 which killed 50 million world wide was H1, H2 ,H3N1 type but this one H5N1 I have a pretty good feeling about it. I have figured out the genetic codes of the virus) conspiracy to kill fellow Americans and to destroy the United States and the world with lethal virus. Now, federal defendant George W. Bush's White House do not want to give clearances to the U.S Department of Justice Office of Professional Responsibilities to conduct the thorough investigation regarding NSA illegal domestic eavesdropping and spying on Americans because they are going to find corruption and wrong doing against Americans in the name of National Security. When fellow American Russell Tice the real American hero reported to the New York Time in December 20005 that NSA is eavesdropping and spying on his own innocent citizens or fellow Americans, and complained about Chinese espionage within the NSA, he was fired by the NSA director and he is currently being harasses, intimidates and subpoena by Alberto R. Gonzales U.S Attorney General in United States District Court in Alexandria Virginia Pro se plaintiff Exhibit Z. This is because no body cares about the real National Security any more. Also, the administration failed to prevent 911 despicable attacked against the United States so that they could go to war.

If you were to place yourself in Russell Tice's position, do you see any reason to eavesdrop, spy and destroy your innocent fellow Americans? It seems that the United States of America's enemies are embedded in the U.S government system and are within U.S. perimeter. Pro se plaintiff will not sit silently and do nothing about it. Pro se Plaintiff will want to know what foreign government federal defendant George W. Bush is working for. Pro se Plaintiff would want to see these conspirators and traitors to be brought to justice. Now, the might of the United States is demised by this current

3

authoritarian and kleptocratic regime when she could have prevents totalitarian dangerous regimes around the world from manufacturing nuclear weapons.

The reason why Pro se plaintiff want this United States District Court for District of Columbia to set up team of professional federal authorities and doctors to secretly physically examine federal defendant George W. Bush is because we don't know if our (U.S) enemies installed a Manchurian Candidate or a sleeper (here is your movie clue "The Manchurian Candidate") in the White House. The Bush administration is very good in screwing up, kungfu-ing and bleeding the United States of America. The spying on American e-mails and phone with one side that is believed to be connected to terrorism overseas are my e-mails and phone and it is clear frivolous claim by administration officials. My relatives in Sudan thought I am in paradise and enjoying and all were asking me sometime for help. I did not tell them what I am going through. I don't even have food and shelter. Now, the Bush administration said that the United States is nothing may be a big name, well, that give me an easy burden. I'll let them know that so that they would not expect me too much. The NSA whistle blower did its part and Pro se Plaintiff did its part by informing the United States District Court for the District of Columbia. The rest plaintiff will leave all it to the Court.

Respectfully submitted,

Buong Roum
3636 16 ST. NW B666
Washington, DC 20010
(202) 232-6229

---

[1] Due to these vital reasons summary judgment should be given to the aggrieving Pro se Plaintiff. Federal defendants are responsible for any thing that may happen to the Plaintiff. Plaintiff does not see any reason why federal defendants' U.S Attorneys should response to this Motion. The Attorneys for defendants are good in asking Court for more time just to cause delaying tactics and attempt miscellaneous ways to screw up and kill Plaintiff. The Court should deny any Motion of request from defendants' Attorneys to response to this Motion.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on **28th** day of **Sept.,** 2006 a copy of exact Motion of request for Court to setup Professional team of federal authorities and doctors to examine federal defendant George W. Bush from head to toe to look for chips and to give clearances to U.S Department Office of Professional Responsibilities motion was served to Peter S. Smith, counsel for all federal defendants by first-class prepaid mail addressed to:

Peter S. Smith, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, DC 20530
(202) 307-0372

*Buony Roum*
Buony Roum
3636 16 ST. NW B666
Washington, DC 20010
(202) 232-6229

1

# NATIONAL NEWS

A2  SATURDAY, JULY 29, 2006  THE WASHINGTON POST

*Pro se Plaintiff Exhibit 2*

## Grand Jury Probes News Leaks at NSA

### Fired Officer Subpoenaed for Aug. 2

By DAN EGGEN
*Washington Post Staff Writer*

A federal grand jury in Alexandria is investigating unauthorized leaks of classified information and has issued a subpoena to a fired National Security Agency officer who has acknowledged talking with journalists about the agency's warrantless surveillance program, according to documents released yesterday.

The 23-member grand jury is "conducting an investigation of possible violations of federal criminal laws involving unauthorized disclosure of classified information" under the Espionage Act and other statutes, according to a document accompanying the subpoena.

The demand for testimony from former NSA officer Russell Tice provides a sign of the Justice Department's aggressiveness in pursuing the leak investigation, which follows a series of controversial news reports on classified programs. It also marks the latest potential use of the espionage statute to combat such leaks.

In December, Justice opened a criminal investigation after the New York Times disclosed the existence of the eavesdropping program, which allows the NSA to monitor telephone calls to and from the United States without a court order if one party is linked to suspected of links to terrorist groups. The documents released yesterday do not make it clear whether the grand jury is focused on that report or on some other disclosure.

Tice has publicly identified himself as a possible source for the report, saying that he talked to Times reporters before it was published. He also has said he believes he was fired by the NSA last year because he complained of possible Chinese espionage at the agency, and he has since sought to testify before Congress about "probable unlawful and unconstitutional acts" by the NSA director and other senior administration officials.

Tice said in an interview that he viewed the subpoena as an attempt at intimidation by the government. "This is the king saying, 'How dare anyone challenge my authority and say that I'm a crook or a criminal?'" he said.

The subpoena, dated July 25, requires Tice to appear Aug. 2. It was posted yesterday on the National Security Whistleblowers Coalition's Web site. Tice is a member of the group.

New York Times spokeswoman Catherine Mathis said the newspaper has "not been contacted by the government" in the case. A Justice spokesman declined to comment.

Attorney General Alberto R. Gonzales has said that while prosecutors are focused on the "leakers," he cannot rule out the need to demand testimony from reporters as well. A separate grand jury investigation into the leak of CIA officer Valerie Plame's identity resulted in the jailing last year of one reporter and testimony from her and numerous others.

Journalism and secrecy experts said the Alexandria investigation is another worrisome development for reporters attempting to inform the public about intelligence programs and policies.

"They are playing hardball," said Lucy Dalglish, executive director of the Reporters Committee for Freedom of the Press. "... They're rounding up the most likely suspects, getting them to say 'Yes I was a source' or 'No I was not a source,' and then they'll go to the reporters."

*Researcher Julie Tate contributed to this report.*