UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUONY ROUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-112 (RMC) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that [Dkt. # 7] Defendants' Motion to Dismiss, or In the Alternative, for Summary Judgment and [Dkt. # 22] Defendants' Supplemental Motion to Dismiss, or In the Alternative, for Summary Judgment are **GRANTED**. In addition, it is hereby **ORDERED** that [Dkt. # 23] Plaintiffs' Motion for Order is **DENIED**.

**IT IS FURTHER ORDERED** that this case is dismissed from the docket of the Court. This is a final appealable order. *See* Fed. R. App. P. 4(a)

**SO ORDERED**.

Date: November 14, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge